*The Court notes the appearance on the record of Attorneys Nagle and Ryan.*

*Janet Bond Arterton, U.S.D.J.*

FILED
OCT 2  2 45 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG | : |
| Plaintiff, | : |
| v, | : CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, AND COLLIN VICE, IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE BRIDGEPORT HOUSING AUTHORITY AND IN HER PERSONAL CAPACITY; AND THE CITY OF BRIDGEPORT | : |
| Defendants. | : SEPTEMBER 29, 2003 |

FILED
OCT 15  11 49 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

MOTION TO WITHDRAW

The undersigned Attorney for the Housing Authority of the City of Bridgeport and Collin Vice as Executive Director and individually requests the Court to allow him to withdraw as attorney for these defendants as the Law Firm of Ryan, Ryan, Johnson & Deluca, LLP have filed an Appearance on behalf of the defendants, Housing Authority of the City of Bridgeport and Collin Vice.

RESPECTFULLY SUBMITTED,

Joseph A. Siciliano
1333 Main Street
Stratford, CT 06614
Telephone No. (203) 377-3970
ct 06817

*10/06/03: Motion to Withdraw Appearance GRANTED.*
*IT IS SO ORDERED.*
*Dated at New Haven, Connecticut.*

CERTIFICATION

I hereby certify that on September 29, 2003, a copy of the above was mailed to the following counsel and pro se parties of record:

Elisabeith Seieroe Maurer, Esq.
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., St 202
Ridgefield, CT 06877
Attorney for Plaintiff, Cecil Young

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328
Attorney for Defendant, City of Bridgeport

Jeffrey C. Nagle, Esq. - Michael T. Ryan, Esq.
C/O Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905
Attorney for Defendant, Housing Authority
of the City of Bridgeport & Collin Vice

_____
Joseph A. Siciliano, Esq.