UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YOUNG                                  :

v.                                     :   NO. 3:03cv1010 (JBA)

CITY OF BRIDGEPORT, ET AL              :

### ORDER OF REFERRAL TO SPECIAL MASTERS

Pursuant to D. Conn. L. Civ. R. 53, it is hereby ORDERED that the above-captioned case is referred to Special Master David Cohen (203-327-2300) for the purpose of conducting a settlement conference, which will be held at the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut. Counsel shall confer with the Special Master, selecting a mutually convenient date for such a conference.

Once a date and time is selected, counsel shall notify the undersigned, **via email**, and a calendar will issue.

Seven days prior to the parties' conference, counsel shall submit to the Special Master their Confidential Settlement Conference Memorandum in accordance with D. Conn. L. Civ. R. 53(e).

Counsel are directed to have their clients and/or persons with settlement authority accompany them to this settlement conference (see D. Conn. L. Civ. R. 53(c)).

Confidential Settlement Conference Memoranda shall be submitted directly to the Special Master, with Notice of Service of Settlement Conference Memorandum filed with the Clerk of the Court.

Any agreed-upon rescheduling of the conference shall be arranged between counsel and the Special Master.  If this matter is rescheduled, the moving party shall confirm such a new date and time, in writing, to the Hon. Janet Bond Arterton, 141 Church Street, Room 118, New Haven, Connecticut 06510, with copies to the Special Master and all counsel of record.  If this matter settles prior to the parties' conference, counsel shall notify the Court and the Special Master immediately.

```
                              ORDER OF THE COURT,
                              KEVIN F. ROWE


                              By: /s/_____
                                  Betty J. Torday, Courtroom Deputy
                                  betty_torday@ctd.uscourts.gov
                                  Direct Dial: (203)773-2706
```

Dated at New Haven, Connecticut this 18  day of November, 2003.