FILED

Jan 15  2 43 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG | : |
| | : |
| Plaintiff, | : |
| | : |
| v, | : CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| | : |
| CITY OF BRIDGEPORT HOUSING | : |
| AUTHORITY, AND COLLIN VICE, | : |
| IN HER OFFICIAL CAPACITY AS | : |
| EXECUTIVE DIRECTOR OF THE | : |
| BRIDGEPORT HOUSING AUTHORITY | : |
| AND IN HER PERSONAL CAPACITY; | : |
| AND THE CITY OF BRIDGEPORT | : |
| | : |
| Defendants. | : |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants,

City of Bridgeport Housing Authority and Collin Vice.

Dated: January 13, 2004

_____
James A. Mahar, Esq., (ct 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905
Juris No. 52525
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Elisabeth Seieroe Maurer, Esq.
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., St. 202
Ridgefield, CT 06877
Attorney for Plaintiff, Cecil Young

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328
Attorney for Defendant, City of Bridgeport

Joseph A. Siciliano, Esq.
Siciliano, Joseph A., Esq.
3333 Main Street
Stratford, CT 06614

Daniel Hunsberger, Esq.
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., St. 202
Ridgefield, CT 06877

Michael LaVelle, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

*James A. Mahar*
James A. Mahar, Esq.

I:\Procases\1742.008\jamappear.wpd
1742.008

- 3 -