UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG,<br>    Plaintiff, | :<br>:<br>: |
| vs. | :   Case Number:<br>:   3:03CV1010 (JBA)<br>: |
| City of Bridgeport Housing Authority,<br>and Collin Vice, in her official<br>capacity as Executive Director of the<br>Bridgeport Housing Authority<br>and in her personal capacity; and<br>the City of Bridgeport,<br>    Defendants. | :   **NOTICE OF SERVICE**<br>:<br>:<br>:<br>:   February 23, 2003<br>:<br>: |

I hereby certify that a copy of Plaintiff's Confidential Settlement Conference Memorandum was served by facsimile upon the following Special Master on this 23rd day of February 2004.

David M. Cohen, Esq.
Wofsey, Rosen, Kweskin & Kuriansky, LLP
600 Summer Street
Stamford, CT 06901
Fax Number 203-967-9273



_____
Elisabeth Seieroe Maurer