# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Cecl Young

City q Bridgeport, et al

CASE NO.: 3:03 CV 1010 (JBA)

### PRELIMINARY or FINAL

## SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS

## ****NOTE: ALL INFORMATION MUST BE LEGIBLY WRITTEN!****

DATE OF CONFERENCE(S): 2/26/04

TRIAL ATTORNEYS PRESENT:

PLAINTIFF: Elisabeth Maurer

DEFENDANT: James Mahan    Housing Auth of Bridgeport
Barbara Brazzel-Massaro, City of Bridgeport

PARTIES PRESENT:
Cecil Young
Joe Siciliano.

CASE SETTLED:    YES___    NO X

FOLLOW UP CONFERENCE TO BE SCHEDULED:    YES___    NO X - only if request by counsel

FINAL SETTLEMENT CONFERENCE REPORT TO BE FILED BY: ___N/A___

COMMENTS:

_____          _____
SPECIAL MASTER SIGNATURE              SPECIAL MASTER SIGNATURE

### THE SPECIAL MASTERS ARE TO COMPLETE AND FILE THIS REPORT WITH THE CLERK'S OFFICE, IMMEDIATELY FOLLOWING THE CONFERENCE

### A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED

Rev. 06/01/98