UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG,<br>      Plaintiff,<br><br>v.<br><br>CITY OF BRIDGEPORT HOUSING<br>AUTHORITY, ET AL.,<br>      Defendants. | :<br>:  CIVIL ACTION NO.<br>:  3:03CV1010 (JBA)<br>:<br>:  <u>Motion to Modify Report of the</u><br>:  <u>Parties' Planning Meeting</u><br>:<br>:<br>:  March 22, 2004 |

## MOTION TO MODIFY REPORT OF THE PARTIES' PLANNING MEETING

Pursuant to FRCP Rule 7 and D. Conn. L. Civ. R 7(b), Plaintiff hereby files this Motion for Modification of the Report of the Parties' Planning Meeting.

After repeated rescheduling, a settlement conference was held on February 26, 2004. The City was of the opinion that having rehired the plaintiff, it had settled the matter. As there was no agreement or release entered into by the plaintiff, that purported settlement failed. Pending the settlement conference, discovery was suspended by the parties.

The parties request that the deadlines be extended as follows:

      (a)    Plaintiff should be allowed until March 30, 2004, to file motions to join additional parties and until March 30, 2004, to file motions to amend the pleadings.

(b) Defendants should be allowed until April 30, 204, to file motions to join additional parties and until April 30, 2004, to serve a responsive motion or pleading to the amended complaint, if filed.

(c) All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be commenced immediately and completed, not propounded, by August 27, 2004.

(d) Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by May 21, 2004.

(e) Defendant will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by July 23, 2004.

(f) Depositions of Plaintiff's experts to be completed by June 25, 2004.

(g) Depositions of Defendants' experts to be completed by August 27, 2004.

(h) A damage analysis will be provided by any party who has a claim or counterclaim by May 21, 2004.

(i) Dispositive motions will be filed on or before October 27, 2004. The Joint Trial Memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed within sixty (60) days after the entry on the ruling on the last dispositive motion. If dispositive motions are not filed, the joint trial memorandum

required by the Standing Motion on Trial Memoranda in Civil Cases will be filed within sixty (60) days after the completion of all discovery.

(j) The case will be ready for trial within sixty (60) days after the filing of the Joint Trial Memorandum.

This is the first request for modification. Plaintiff has sought the consent of Defendants and Defendants have consented to the modification. The instant case is not assigned for trial.

PLAINTIFF,
CECIL YOUNG

BY: _____
Elisabeth Seieroe Maurer (ct11445)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
e-mail: esmaurer@esmlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Modify the Report of the Parties' Planning Meeting and Status Conference Memorandum has been sent via facsimile on this 22nd day of March 2004 to the following counsel and pro se parties.

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT  06604


James Mahar, Esq.
Ryan, Ryan, Johnson & DeLuca, LLP
80 Fourth Street
Stamford, CT  06905

_____
Elisabeth Seieroe Maurer