UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Mar 25  8 43 AM '04
U.S. DISTRICT COURT

YOUNG                           :

v.                              :    NO. 3:03cv1010 (JBA)

CITY OF BRIDGEPORT, ET AL       :

### ENDORSEMENT ORDER [DOC. #29]

Motion to Modify [doc. #29] is GRANTED, with consent and with modification, as follows:

1. Any amended pleadings will be filed by 3/30/04.

2. All discovery will be completed 8/27/04, as follows:
   Plaintiff's expert reports will be served by 5/21/04; and will be deposed by 6/25/04.
   Defendant's expert reports will be served by 7/23/04; and will be deposed by 8/27/04.

3. Dispositive motions will be filed by 10/27/04 and this matter will be trial ready 5/1/05.

4. If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due 11/27/04 and this matter will be deemed trial ready immediately thereafter.

5. A status conference will be held 7/28/04 at 4:00 p.m. in Chambers Room 118. **The parties' status reports shall be submitted to chambers no later than 7/23/04 [see format attached].**

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    March 24, 2004

RE:     **CASE NO. 3:03cv1010 (JBA)**

------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


------------------------------------------------------------

On or before **July 23, 2004,**

THE PARTIES SHALL SUBMIT TO THE CHAMBERS OF THE HONORABLE JANET BOND ARTERTON [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a) THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b) INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c) WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                                            BY ORDER OF THE COURT
                                            KEVIN F. ROWE, CLERK