# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CECIL YOUNG
  Plaintiff

**APPEARANCE**

v.

City of Bridgeport Housing Authority, et al
  Defendants

CASE NUMBER: CIV.NO. 3:03CV1010(JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

CITY OF BRIDGEPORT

---

March 24, 2004
Date

25517
Connecticut Federal Bar Number

203-576-7647
Telephone Number

203-576-8252
Fax Number

E-mail address

Signature

Melanie J. Howlett
Print Clearly or Type Name
Office of the City Attorney
999 Broad Street
Address

Bridgeport, CT  06604

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Elisabeth Seieroe Maurer
871 Ethan Allen Highway
Suite 202
Ridgefield, CT 06877

Barbara Brazzel-Massaro
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Michael T. Ryan/James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24