UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG,<br>    Plaintiff,<br><br>vs.<br><br>City of Bridgeport Housing Authority,<br>and Collin Vice, in her official<br>capacity as Executive Director of the<br>Bridgeport Housing Authority<br>and in her personal capacity; and<br>the City of Bridgeport,<br>    Defendants. | Case Number:<br><br>03CV1010 (JBA)<br><br><br>March 30, 2004 |

## MOTION TO AMEND THE COMPLAINT

Plaintiff (hereinafter "Young") moves the Court for an order pursuant to Federal Rule of Civil Procedure 15(a) to amend its complaint.

This motion is made to serve the presentation of the merits of the case, to correct typographical errors in paragraphs 22 and 27, and because the Defendants will not be prejudiced thereby.

                PLAINTIFF,
                CECIL YOUNG

By: _____
      Elisabeth Seieroe Maurer (ct 11445)
      Law Offices of Elisabeth Seieroe Maurer, PC
      Attorney for Plaintiff
      871 Ethan Allen Hwy, St.202
      Ridgefield, CT 06877
      Phone: (203) 438-1388
      Fax: (203) 431-0357
      esmaurer@esmlaw.net