UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG,<br>　　Plaintiff,<br><br>vs.<br><br>City of Bridgeport Housing Authority,<br>and Collin Vice, in her official<br>capacity as Executive Director of the<br>Bridgeport Housing Authority<br>and in her personal capacity; and<br>the City of Bridgeport,<br>　　Defendants. | <u>Case Number:</u><br><br>03CV1010 (JBA)<br><br><u>MOTION</u><br><br>May 21, 2004 |

### MOTION TO WITHDRAW

Pursuant to Local Rule 7(e) and Rule 1.16(a) of the Rules of Professional Conduct, the undersigned, the Law Offices of Elisabeth Seieroe Maurer, PC, respectfully moves this Court for permission to withdraw as counsel for Defendant. In support of this motion, movant submits the attached affidavit with exhibits and pro se Appearance by Mr. Young.

　　　　　　　　　　PLAINTIFF,
　　　　　　　　　　CECIL YOUNG

　　　　　　　　　　By: _____
　　　　　　　　　　Elisabeth Seieroe Maurer (ct 11445)
　　　　　　　　　　Law Offices of Elisabeth Seieroe Maurer, PC
　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　871 Ethan Allen Hwy, St.202
　　　　　　　　　　Ridgefield, CT 06877
　　　　　　　　　　Phone: (203) 438-1388
　　　　　　　　　　Fax: (203) 431-0357
　　　　　　　　　　esmaurer@esmlaw.net