# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 03-CV-1010 (JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

CECIL YOUNG

---

| | |
|---|---|
| 5/20/04 | *[signature]* |
| Date | Signature |
| PRO SE | CECIL YOUNG |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-384-1381 | 99 CARROLL AVENUE |
| Telephone Number | Address |
| 203-384-0095 | BRIDGEPORT, CT 06607 |
| Fax Number | |
| pnpn54@msn.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

James A. Mahar
Ryan, Ryan, Johnson &
Deluca, LLP
80 Fourth Street, PO Box 3057
Stamford, CT 06905

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
City of Bridgeport
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

Elisabeth Seieroe Maurer
Law Offices of Elisabeth
Seieroe Maurer, P.C.
871 Ethan Allen Hwy, Ste 202
Ridgefield, CT 06877

*[signature]* Signature  CECIL YOUNG

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001