UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG | : |
| Plaintiff, | : CIV. NO. 3:03CV1010 (JBA) |
| vs. | : |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | : |
| Defendants | : JUNE 1, 2004 |

### DEFENDANT CITY OF BRIDGEPORT'S ANSWER AND <u>AFFIRMATIVE DEFENSE TO MARCH 30, 2004 AMENDED COMPLAINT</u>

1-7.  As to Paragraphs 1 through 7 inclusive, the Defendant, City of Bridgeport, has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

8.  Paragraph 8 is ADMITTED.

9.  Paragraph 9 is ADMITTED.

**FACTS**

10-27.  As to Paragraphs 10 through 27 inclusive, the Defendant, City of Bridgeport, has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

BMF04092                                             1

28.    As to Paragraph 28, the Defendant, City of Bridgeport, ADMITS that he was employed with the City and, as to the remainder, the Defendant, City of Bridgeport, has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

29.    Paragraph 29 is ADMITTED.

30.    As to Paragraph 30, the Defendant, City of Bridgeport, has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

31-32.    As to Paragraphs 31 and 32, the Defendant, City of Bridgeport, has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

33.    As to Paragraph 33, the Defendant, City of Bridgeport, ADMITS that the Plaintiff filed a citizen complaint, but DENIES the basis of the complaint.

34.    As to Paragraph 34, the Defendant, City of Bridgeport, has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

35.    As to Paragraph 35, the Defendant, City of Bridgeport, ADMITS the Plaintiff has appeared before the City Council but, as to the remainder, the Defendant, City of Bridgeport, leaves the Plaintiff to his proof.

36.    As to Paragraph 36, the Defendant, City of Bridgeport, DENIES that the Plaintiff was "by far, a more senior employee" or in any way entitled to any exemption from the budgetary difficulties of the City and ADMITS the remainder thereof.

37.    Paragraph 37 is DENIED.

## FIRST CAUSE OF ACTION

This cause of action does not apply to this Defendant.

## SECOND CAUSE OF ACTION

This cause of action does not apply to this Defendant.

## THIRD CAUSE OF ACTION

This cause of action does not apply to this Defendant.

## FOURTH CAUSE OF ACTION

1-37.    The answers to Paragraphs 1 through 37 of the First Count are incorporated and made the answers to paragraphs 1 through 37 of this Fourth Cause of Action.

38-58.    As to Paragraphs 38 through 58 inclusive, the Defendant, City of Bridgeport, has insufficient knowledge or information with which to form a belief and, therefore, leaves the Plaintiff to his proof.

59.    As to Paragraph 59, the Defendant, City of Bridgeport, ADMITS it is a municipality, but DENIES that it performed any actions that violate 42 U.S.C. §1983.

60.    Paragraph 60 is DENIED.

61. Paragraph 61 is DENIED.

62. Paragraph 62 is DENIED.

## FIFTH CAUSE OF ACTION

63. The answers to Paragraphs 1 through 62 inclusive are incorporated and made the answer to this Paragraph 63.

64. Paragraph 64 is DENIED.

65-66. Paragraphs 65 and 66 are DENIED.

## SIXTH CAUSE OF ACTOIN

67. The answers to Paragraphs 1 through 66 inclusive are hereby incorporated and made the answers to this Paragraph 67.

68. Paragraph 68 is ADMITTED.

69-70. Paragraphs 69 and 70 are DENIED.

## BY WAY OF AFFIRMATIVE DEFENSE

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted as to the Defendant City of Bridgeport.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff has failed to exhaust his administrative remedies.

THE DEFENDANT
CITY OF BRIDGEPORT

By: *Barbara B Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

**CERTIFICATION**

This is to certify that a copy of the foregoing "Defendant City of Bridgeport's Answer and Affirmative Defense to March 30, 2004 Amended Complaint" has been mailed, postage prepaid, on this 1ST day of June, 2004, to:

**Elisabeth Seieroe Maurer, Esq.**
**871 Ethan Allen Highway, Suite 202**
**Ridgefield, CT 06877**

**Cecil Young**
**99 Carroll Avenue**
**Bridgeport, CT 06607**

**Michael T. Ryan, Esq./James Mahar, Esq.**
**Ryan, Ryan, Johnson & Deluca, LLP**
**80 Fourth Street**
**Stamford, CT 06905**

*Barbara B Massaro*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04092                               5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1010 (JBA) |
| vs. | : | |
| | : | |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | : | |
| | : | |
| Defendants | : | JUNE 1, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

"Defendant City of Bridgeport's Answer and
Affirmative Defense to March 30, 2004 Amended Complaint"

This document has not been filed electronically because:
☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document y Court order

The document has been manually served on all parties.

THE DEFENDANT

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF04092                                                1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 1ST day of June, 2004, to:

**Elisabeth Seieroe Maurer, Esq.**
**871 Ethan Allen Highway, Suite 202**
**Ridgefield, CT 06877**

**Cecil Young**
**99 Carroll Avenue**
**Bridgeport, CT 06607**

**Michael T. Ryan, Esq./James Mahar, Esq.**
**Ryan, Ryan, Johnson & Deluca, LLP**
**80 Fourth Street**
**Stamford, CT 06905**

_____
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04092                                2