UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG,<br>    Plaintiff, : <br><br>vs. :<br><br>City of Bridgeport Housing Authority, :<br>and Collin Vice, in her official :<br>capacity as Executive Director of the :<br>Bridgeport Housing Authority :<br>and in her personal capacity; and :<br>the City of Bridgeport, :<br>    Defendants. : | <u>Case Number:</u><br><br>03CV1010 (JBA)<br><br>MOTION<br><br>June 2, 2004 |

**AMENDED MOTION TO WITHDRAW**

Pursuant to Local Rule 7(e) and Rule 1.16(a) of the Rules of Professional Conduct, the undersigned, the Law Offices of Elisabeth Seieroe Maurer, PC, respectfully moves this Court for permission to withdraw as counsel for Plaintiff. In support of this motion, movant submits the attached affidavit with exhibits and pro se Appearance by Mr. Young.

PLAINTIFF,
CECIL YOUNG

By: _____
Elisabeth Seieroe Maurer (ct 11445)
Law Offices of Elisabeth Seieroe Maurer, PC
Attorney for Plaintiff
871 Ethan Allen Hwy, St.202
Ridgefield, CT 06877
Phone: (203) 438-1388
Fax: (203) 431-0357
esmaurer@esmlaw.net