UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CECIL YOUNG,**<br>    Plaintiff,<br><br>vs.<br><br>**City of Bridgeport Housing Authority,**<br>**and Collin Vice, in her official**<br>**capacity as Executive Director of the**<br>**Bridgeport Housing Authority**<br>**and in her personal capacity; and**<br>**the City of Bridgeport,**<br>    **Defendants.** | **Case Number:**<br><br>**03CV1010 (JBA)**<br><br>**AFFIRMATION**<br><br>June 2, 2004 |

Elisabeth Seieroe Maurer, being duly sworn, hereby affirms under penalties of perjury:

1. I have been Cecil Young's (hereinafter "Young") attorney herein since October 2002 and am thus fully familiar with the matters at issue.

2. My firm was retained by Cecil Young in October 2002 to advise and represent him in connection with his wrongful termination from Bridgeport Housing Authority.

3. Mr. Young has decided to appear pro se.

4. Attached is Cecil Young's appearance pro se.

Therefore, we respectfully request that this Court relieve us from the representation of Mr. Young immediately.

Dated:   June 2, 2004
         Ridgefield, Connecticut

_____
Elisabeth Seieroe Maurer