# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 03-CV-1010 (JBA)

the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

CECIL YOUNG

---

5/20/04
Date

PRO SE
Connecticut Federal Bar Number

203-384-1381
Telephone Number

203-384-0095
Fax Number

pnpn54@msn.com
E-mail address

*(Signature)*

CECIL YOUNG
Print Clearly or Type Name

99 CARROLL AVENUE
Address

BRIDGEPORT, CT 06607

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

James A. Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, PO Box 3057
Stamford, CT 06905

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
City of Bridgeport
999 Broad Street, 2nd Floor
Bridgeport, CT 06604

Elisabeth Seieroe Maurer
Law Offices of Elisabeth Seieroe Maurer, P.C.
871 Ethan Allen Hwy, Ste 202
Ridgefield, CT 06877

Signature   CECIL YOUNG

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2003