UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG,<br>    Plaintiff,<br><br>vs.<br><br>City of Bridgeport Housing Authority,<br>and Collin Vice, in her official<br>capacity as Executive Director of the<br>Bridgeport Housing Authority<br>and in her personal capacity; and<br>the City of Bridgeport,<br>    Defendants. | Case Number:<br><br>03CV1010 (JBA)<br><br>CERTIFICATION<br><br>June 2, 2004 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first-class mail postage prepaid on this 2nd day of June 2004 to the following counsel and pro se parties.

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street, 2nd Floor
Bridgeport, CT  06604

Cecil Young
99 Carroll Avenue
Bridgeport, CT 06607
(BY CERTIFIED MAIL)

James Mahar, Esq.
Ryan, Ryan, Johnson & DeLuca, LLP
80 Fourth Street
Stamford, CT  06905

Elisabeth Seieroe Maurer