UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jun 4  3 50 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

YOUNG                           :

v.                              :   NO. 3:03cv1010 (JBA)

CITY OF BRIDGEPORT, ET AL       :

### ENDORSEMENT ORDER [DOC. #38, #35]

Motion to Withdraw [doc. #38] is GRANTED. The Court notes the pro se appearance filed by plaintiff Cecil Young.

Motion to Withdraw [doc. #35] is DENIED as moot in light of the above.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   June 04, 2004