# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED** Jun 28  3 23 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**Cecil Young**
     Plaintiff

**V.**    **APPEARANCE**

**City of Bridgeport Housing Authority, et al**
     Defendants

CASE NUMBER: 3:03CV1010 (JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**Cecil Young**

<u>**June 25, 2004**</u>
Date

<u>*[signature]*</u>
Signature

<u>**Ct08235**</u>
Connecticut Federal Bar Number

<u>**Thomas J. Weihing**</u>
Print Clearly or Type Name

<u>**203-333-8500**</u>
Telephone Number

<u>**1115 Main Street, Suite 710**</u>
Address

<u>**203-334-0305**</u>
Fax Number

<u>**Bridgeport, CT 06604**</u>

<u>**lawdwb@sbcglobal.net**</u>
E-mail address

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

**Barbara Brazzel-Massaro, Esq.**
**City of Bridgeport – Office of the City Attorney**
**999 Broad Street**
**Bridgeport, CT 06604**

**Michael T. Ryan, Esq. / James Mahar, Esq.**
**Ryan, Ryan, Johnson & Deluca, LLP**
**80 Fourth Street**
**Stamford, CT 06905**

*[signature]*
Thomas J. Weihing