## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CECIL YOUNG                    :

          **Plaintiff,**    :    **CIV. NO. 3:03CV1010 (JBA)**

    **vs.**                         :

CITY OF BRIDGEPORT HOUSING    :
AUTHORITY, ET AL              :

        **Defendants**    :    **JULY 23, 2004**

### RULE 16 STATUS MEMORANDUM

The Plaintiff, Cecil Young, has filed a civil rights action against the City of Bridgeport alleging that he has been terminated from his position in Public Facilities because of his political statements.

The parties have submitted a 26(f) Scheduling Order regarding the orders.

Deposition notices have been sent for the Plaintiff on two separate occasions, but they have not gone forward because the Plaintiff has changed counsel and there were some scheduling conflicts.

The Defendant, City of Bridgeport, has responded to the Plaintiff's discovery request. There has not been discussion with new counsel regarding the action except to attempt to get a new date for the Plaintiff's deposition. The Defendant is awaiting a list of available dates from counsel.

The parties have been to a Special Master but had little success at this time. The parties have decided that before the action can be returned to the Special Master, some discovery is necessary.

THE DEFENDANT
CITY OF BRIDGEPORT

By: _Barbara B. Massaro_

Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Rule 16 Status Memorandum" has been mailed, postage prepaid, on this 23RD day of July, 2004, to:

**Thomas Weihing, Esq.**
**1115 Main Street, Suite 710**
**Bridgeport, CT  06604**

**Michael T. Ryan, Esq./James Mahar, Esq.**
**Ryan, Ryan, Johnson & Deluca, LLP**
**80 Fourth Street**
**Stamford, CT  06905**

_Barbara B. Massaro_

Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04064

2