# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**CECIL YOUNG**
    **Plaintiff**

**APPEARANCE**

FILED
JUL 29  3 12 AM '04

v.

CASE NUMBER: 3:03CV1010 (JBA)

**CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL**

    **Defendants**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

CITY OF BRIDGEPORT

| | |
|---|---|
| JULY 28, 2004 | *[signature]* |
| Date | Signature |
| 20790 | CHRISTINE D. BROWN |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203/576-7647 | Office of the City Attorney |
| Telephone Number | Address |
| 203/576-8252 | 999 Broad Street, 2nd Floor |
| Fax Number | |
| BROWNC0@CI.BRIDGEPORT.CT.US | Bridgeport, CT  06604 |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was hand delivered on this 28th day of July, 2004, to the following:

Thomas Weihing, Esq.
1115 Main Street, Suite 170
Bridgeport, CT  06604

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT  06604

Michael T. Ryan/James Mahar
Ryan, Ryan, Johnson & DeLuca
80 Fourth Street
Stamford, CT  06905

Melanie J. Howlett, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT  06604

*[signature]*
Christine D. Brown

Appearance.frm.Jan.24

FILED

Jul 29  3  42 AM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG | : |
|           **Plaintiff,** | :   CIV. NO: 3:03CV1010 (JBA) |
| | : |
| v. | : |
| | : |
| CITY OF BRIDGEPORT HOUSING | :   JULY 28, 2004 |
| AUTHORITY, ET AL | |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

### "APPEARANCE"

This document has not been filed electronically because:
- [x] the document cannot be converted to an electronic format
- [ ] the electronic file size of the document exceeds 1.5 megabytes
- [ ] the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- [ ] Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANT
CITY OF BRIDGEPORT

By: _____
Christine D. Brown
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Tel: #203/576-7647
Fed. Bar #05746

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been hand delivered on this 28th day of July, 2004, to:

Thomas Weihing, Esq.
1115 Main Street, Suite 170
Bridgeport, CT  06604

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT  06604

Michael T. Ryan/James Mahar
Ryan, Ryan, Johnson & DeLuca
80 Fourth Street
Stamford, CT  06905

Melanie J. Howlett, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT  06604

_____
Christine D. Brown
Commissioner of the Superior Court