UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CECIL YOUNG** | : | |
| | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1010 (JBA) |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL** | : | |
| | : | |
| Defendants | : | July 28, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DISCOVERY

The Plaintiff in the above captioned matter respectfully requests an extension of time to conduct discovery until October 15, 2004. The undersigned counsel for the Plaintiff recently filed an appearance in this case on June 25, 2004 in lieu of Plaintiff's previous counsel. As a result, additional time is needed to review the file and investigate the claims to proceed with discovery in the instant case. In addition, the Plaintiff's counsel has previously scheduled vacation in August and September, 2004. Counsel for the Defendants, Housing Authority of the City of Bridgeport and Colin Vice have no objection to the granting of this motion. Based upon previous conversation with Attorney Barbara Brazzel-Massaro, counsel for the City of Bridgeport, we do not anticipate any objection, but she was out of the office today, therefore could not be reached for comment.

                                        THE PLAINTIFF

                                        BY:_____
                                        THOMAS J. WEIHING
                                        DALY, WEIHING & BOCHANIS
                                        1115 Main Street, Suite 710
                                        Bridgeport, CT 06604
                                        Tel. No. 203-333-8500
                                        Juris No. 08235

## **CERTIFICATION**

      This is to certify that copies of the foregoing have been mailed on this the 28th day of July, 2004 to:

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Michael T. Ryan, Esq.
James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

                                        BY:_____
                                            THOMAS J. WEIHING