UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **YOUNG** | : |
| **v.** | :   NO. 3:03cv1010 (JBA) |
| **CITY OF BRIDGEPORT, ET AL** | : |

<u>**AMENDED SCHEDULING ORDER**</u>

Pursuant to the colloquy with counsel at the status conference held 7/28/04, the following amended schedule is ordered:

1. All discovery will be completed 10/15/04, as follows:
   Defendant Bridgeport Housing Authority's final compliance will be made 8/11/04;
   Plaintiff's compliance with outstanding discovery will be made 8/18/04;
   Plaintiff's Motion to Compel, if any, will be filed 8/17/04, or deemed waived; plaintiff's deposition will be concluded 8/30/04.

2. Dispositive motions will be filed by 11/15/04 and this matter will be trial ready 06/01/05.  The parties' are reminded of the court's pre-filing conference requirement. The Joint Trial Memorandum will be filed 30 days after ruling on dispositive motions.

3. If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due 12/1/04 and this matter will be deemed trial ready thereafter.

4. The parties are referred to Magistrate Judge Margolis for the purpose of conducting a settlement conference. [Please note that Special Master David Cohen will not be conducting a second settlement conference in light of the above referral.]

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   <u>July 30, 2004</u>**