UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**YOUNG**                              :

**v.**                                 :     NO. 3:03cv1010 (JBA)

**CITY OF BRIDGEPORT, ET AL**          :


### ENDORSEMENT ORDER

Motion for Extension of Time for Discovery is GRANTED. See Amended Scheduling Order entered this date.

IT IS SO ORDERED.


_____       Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** **July 29, 2004**