ref

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YOUNG                              :

v.                                 :     NO. 3:03cv1010 (JBA)

CITY OF BRIDGEPORT, ET AL          :

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

- Ruling on the following motion(s):

✔ - Settlement conference.

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: July 30, 2004