UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v, | : | CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| | : | |
| CITY OF BRIDGEPORT HOUSING | : | |
| AUTHORITY, AND COLLIN VICE, | : | |
| IN HER OFFICIAL CAPACITY AS | : | |
| EXECUTIVE DIRECTOR OF THE | : | SEPTEMBER 21, 2004 |
| BRIDGEPORT HOUSING AUTHORITY | : | |
| AND IN HER PERSONAL CAPACITY; | : | |
| AND THE CITY OF BRIDGEPORT | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED AUGUST 25, 2004**

The undersigned Defendants, City of Bridgeport Housing Authority and Collin Vice, respectfully move this Court, pursuant to Fed. R. Civ. P. Rule 34 and D. Conn. Loc. R. Civ. Rule 7 for a thirty day extension of time to respond to the Plaintiff's First Set of Interrogatories and Requests for Production. It should be noted that the plaintiff previously served requests for production to which these defendants have responded. The Plaintiff's Interrogatories and Requests for Production were served on the Defendants on August 31, 2004 and consist of 23

interrogatories and 20 requests for production.  The additional time is required to gather and review the requested information.

On September 21, 2004, the undersigned attempted to contact plaintiff's counsel, Thomas Weihing, and was informed by his partner, John Bochanis, that Attorney Weihing was out of the country on vacation until October 4, 2004 and that Attorney Bochanis was not familiar enough with the file to consent to the extension.  Attorney Bochanis asked that I represent to the court that he takes no position on the motion to extend time.

This is the first extension of time these defendants have sought vis-a-vis this discovery.

        THE DEFENDANTS,
        CITY OF BRIDGEPORT HOUSING
        AUTHORITY AND COLLIN VICE


By:_____
    James A. Mahar, Esq., (CT 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on September ___, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

                                                    _____
                                                    James A. Mahar, Esq.

I:\Procases\1742.008\motextendtime092104.wpd
1742.008