UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1010 (JBA) |
| | : | |
| vs. | : | |
| | : | |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | : | |
| | : | |
| Defendants | : | OCTOBER 26, 2004 |

**MOTION FOR EXTENSION OF TIME FOR
RESPONSE TO INTERROGATORIES AND PRODUCTION**

The Defendant, City of Bridgeport, respectfully moves this Court for an extension of time, to December 10, 2004, to respond to the Plaintiff's Interrogatories and Production Request dated October 15, 2004.

The Defendant, City of Bridgeport, has called counsel for the Plaintiff and he has not responded to the telephone call as to whether he approves or disapproves.

This is the Defendant, City of Bridgeport's first request for an extension of time to respond to discovery.

BMF04150                          1

THE DEFENDANT
CITY OF BRIDGEPORT

By: *Barbara Brazzel-Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

### CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Extension of Time for Response to Interrogatories and Production" has been mailed, postage prepaid, on this 26th day of October, 2004, to:

**Thomas J. Weihing, Esq.**
**Daly, Weihing & Bochanis**
**1115 Main Street, Suite 710**
**Bridgeport, CT 06604**

**Michael T. Ryan, Esq./James Mahar, Esq.**
**Ryan, Ryan, Johnson & Deluca, LLP**
**80 Fourth Street**
**Stamford, CT 06905**

*Barbara Brazzel-Massaro*
Barbara Brazzel-Massaro

BMF04150                                    2