**FILED**

2004 OCT 27 P 3: 24
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG | : |
| Plaintiff, | : CIV. NO. 3:03CV1010 (JBA) |
| vs. | : |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | : |
| Defendants | : OCTOBER 26, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**"MOTION FOR EXTENSION OF TIME FOR
RESPONSE TO INTERROGATORIES AND PRODUCTION"**

This document has not been filed electronically because:
- ☒ the document cannot be converted to an electronic format
- ☐ the electronic file size of the document exceeds 1.5 megabytes
- ☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- ☐ Defendant is excused from filing this document y Court order

The document has been manually served on all parties.

THE DEFENDANT
CITY OF BRIDGEPORT

By: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF04150                                              1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 26th day of October, 2004, to:

**Thomas J. Weihing, Esq.**
**Daly, Weihing & Bochanis**
**1115 Main Street, Suite 710**
**Bridgeport, CT 06604**

**Michael T. Ryan, Esq./James Mahar, Esq.**
**Ryan, Ryan, Johnson & Deluca, LLP**
**80 Fourth Street**
**Stamford, CT 06905**

_____
Barbara Brazzel-Massaro

BMF04150                                2