UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 NOV -2 A 9: 06

U.S. DISTRICT COURT
NEW HAVEN, CT

YOUNG                            :

v.                               :     NO. 3:03cv1010 (JBA)

CITY OF BRIDGEPORT, ET AL        :

### ENDORSEMENT ORDER [DOC. #51]

Motion for Extension of Time [doc. #51] is DENIED as moot inasmuch as all discovery in this matter was to be completed (not propounded) by 10/15/04, after extension [see doc. #25, doc. #50].

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:  __Novemebr /, 2004__