FILED

2004 NOV -9 P 1: 38

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1010 (JBA) |
| vs. | : | |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | : | |
| Defendants | : | NOVEMBER 8, 2004 |

## MOTION FOR EXTENSION OF TIME FOR SCHEDULING ORDER

The Defendants respectfully request that the Court permit an extension of time for the Scheduling Order and extend the date to December 30, 2004 for filing of dispositive motions and, thereafter, trial memorandum and trial as set by the existing Scheduling Order.

Counsel for the Plaintiff and Counsel for the Defendants have been discussing settlement. Defendants' counsel has been awaiting a response from the Plaintiff to Magistrate Margolis. I have not heard from Plaintiff's counsel regarding the status of our proposals.

In accordance with Local Rule 9, Counsel for the Defendants has tried to contact Plaintiff's counsel to determine his position but has had no response to date.

BMF04160                    1

This is the Defendants' first request for an Extension of Time to submit dispositive motions in accordance with the Scheduling Order.

THE DEFENDANTS


By: *Barbara B. Massaro* (signature)
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Extension of Time for Scheduling Order" has been mailed, postage prepaid, on this 8th day of November, 2004, to:

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604

Michael T. Ryan, Esq./James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

Magistrate Judge Joan G. Margolis
United States District Court
141 Church Street
New Haven, Ct 06510

_____
Barbara Brazzel-Massaro