FILED

2004 NOV -9 P 1: 38

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| **CECIL YOUNG** | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1010 (JBA) |
| vs. | : | |
| **CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL** | : | |
| Defendants | : | NOVEMBER 8, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**"MOTION FOR EXTENSION OF TIME FOR SCHEDULING ORDER"**

This document has not been filed electronically because:
☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document y Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF04160                           1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 8TH day of November, 2004, to:

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604

Michael T. Ryan, Esq./James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

Magistrate Judge Joan G. Margolis
United States District Court
141 Church Street
New Haven, Ct 06510

_____
Barbara Brazzel-Massaro

BMF04160                                2