**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **YOUNG** | : |
| **v.** | :   NO. 3:03cv1010 (JBA) |
| **CITY OF BRIDGEPORT, ET AL** | : |

### ENDORSEMENT ORDER [DOC. #53]

Motion for Extension of Time [doc. #53] is GRANTED for good cause shown.  Dispositive motions will be filed on 12/30/04 and this matter remains trial ready 6/1/05.  If no dispositive motions are filed, the parties' Joint Trial Memorandum will be filed on 1/15/05.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **November   , 2004**