FILED

2005 JAN 18 A 10: 45

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CECIL YOUNG,** | : |
| **Plaintiffs** | : CIV. NO. 3:03CV1010 (JBA) |
| **VS.** | : |
| **CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL** | : |
| **Defendants** | : JANUARY 14, 2005 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, Cecil Young, in the above caption matter, hereby respectfully requests an extension of time of fourteen (14) days within which to file the Joint Trial Memorandum in the above referenced matter. The Plaintiff has started preparation of the trial memorandum but requests the additional time to complete the description of the proposed exhibits and witnesses to be included in the trial memorandum. The Plaintiff's counsel also requests the additional time to discuss some aspects of this matter with his client and to have additional time to coordinate and discuss the trial memorandum with opposing counsel.

1

Counsels for the Defendants do not object to the granting of this motion.

THE PLAINTIFF

BY_____
THOMAS J. WEIHING ct 08235
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604
(203) 333-8500

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid and/or sent by facsimile on this 14th day of January, 2005 to:

James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

_____
THOMAS J. WEIHING
Commissioner of the Superior Court

2