**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CECIL YOUNG,** | : | |
| | : | **CIV. NO. 3:03CV1010 (JBA)** |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| **CITY OF BRIDGEPORT HOUSING** | : | |
| **AUTHORITY, ET AL** | : | |
| | : | |
| Defendants | : | **JANUARY 26, 2005** |

**PLAINTIFF'S PROPOSED VERDICT FORM**

1. Do you find by a preponderance of the evidence that the Plaintiff's actions in exercising his right of free speech pursuant to the First Amendment of the United States Constitution and Article First Section 4 of the Constitution of the State of Connecticut was a factor in the Defendant, City of Bridgeport's decision to terminate the Plaintiff?

   Yes _____      No _____

If your answer to Question No. 1 is Yes, then answer the next three questions.

2. What amount of damages did Plaintiff sustain as a result of the Defendant, City of Bridgeport's retaliation against him?

   Backpay        _____

   Future pay     _____

   Other Benefits _____

1

3. What amount of compensatory damages did Plaintiff sustain as a result of the Defendant, City of Bridgeport's retaliation?

   $ _____

4. Do you find by a preponderance of the evidence that the Plaintiff's retaliatory termination by the Defendant, City of Bridgeport, arose from some improper or unjustifiable motive or intent, or that the Defendant acted in reckless disregard of the Plaintiff's rights, or that the Defendant, City of Bridgeport, or Defendants acted in bad faith or acted wantonly?

   Yes _____          No _____

If your answer to Question No. 4 is Yes, then answer the next question.

5. What amount of punitive damages did Plaintiff sustain as a result of the Defendant, City of Bridgeport's retaliation?

   $ _____

6. Do you find by a preponderance of the evidence that the Plaintiff's actions in exercising his right of free speech pursuant to the First Amendment of the United States Constitution and Article First Section 4 of the Constitution of the State of Connecticut was a factor in the Defendant, Bridgeport Housing Authority's decision to terminate the Plaintiff?

   Yes _____          No _____

If your answer to Question No. 6 is Yes, then answer the next three questions.

7. What amount of damages did Plaintiff sustain as a result of the Defendant, Bridgeport Housing Authority's retaliation against him?

   Backpay        _____

   Future pay     _____

   Other Benefits _____

8. What amount of compensatory damages did Plaintiff sustain as a result of the Defendant, Bridgeport Housing Authority's retaliation?

   $ _____

9. Do you find by a preponderance of the evidence that the Plaintiff's retaliatory termination by the Defendant, Bridgeport Housing Authority, arose from some improper or unjustifiable motive or intent, or that the Defendant acted in reckless disregard of the Plaintiff's rights, or that the Defendant, Bridgeport Housing Authority, or Defendants acted in bad faith or acted wantonly?

   Yes _____          No _____

If your answer to Question No. 9 is Yes, then answer the next question.

10. What amount of punitive damages did Plaintiff sustain as a result of the Defendant, Bridgeport Housing Authority's retaliation?

    $ _____

11. Do you find by a preponderance of the evidence that the Plaintiff's actions in exercising his right of free speech pursuant to the First Amendment of the United States Constitution and Article First Section 4 of the Constitution of the State of Connecticut was a factor in the Defendant, Collin Vice's decision to terminate the Plaintiff?

   Yes _____        No _____

If your answer to Question No. 11 is Yes, then answer the next three questions.

12. What amount of damages did Plaintiff sustain as a result of the Defendant, Collin Vice's retaliation against him?

   Backpay        _____

   Future pay     _____

   Other Benefits _____

13. What amount of compensatory damages did Plaintiff sustain as a result of the Defendant, Collin Vice's retaliation?

   $ _____

14. Do you find by a preponderance of the evidence that the Plaintiff's retaliatory termination by the Defendant, Collin Vice, arose from some improper or unjustifiable motive or intent, or that the Defendant acted in reckless disregard of the Plaintiff's rights, or that the Defendant, Collin Vice, or Defendants acted in bad faith or acted wantonly?

   Yes _____        No _____

4

If your answer to Question No. 14 is Yes, then answer the next question.

   15. What amount of punitive damages did Plaintiff sustain as a result of the Defendant, Collin Vice's retaliation?

     $ _____

                                        THE PLAINTIFF

                                        BY:_____
                                        Thomas J. Weihing, Esq., ct 08235
                                        Daly, Weihing & Bochanis
                                        1115 Main Street, Suite 710
                                        Bridgeport, CT 06604
                                        (203) 333-8500

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed postage prepaid in this the 31st day of January, 2005 to:

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Michael T. Ryan, Esq.
James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

                                        _____
                                        THOMAS J. WEIHING
                                        Commissioner of the Superior Court