FILED

Jan 31  9 39 AM '05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG, | : |
| Plaintiff | : CIV. NO. 3:03CV1010 (JBA) |
| VS. | : |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | : |
| Defendants | : JANUARY 26, 2005 |

## VOIR DIRE QUESTIONS

### I. Plaintiff's Voir Dire Questions

1) Have you ever sat on a jury before? If so, was the action civil or criminal? Did you deliberate? Did you reach a verdict?

2) If you are currently employed, where and with whom and for how long? What are your job responsibilities? Do you supervise people? If you are an employer have you ever had a discrimination claim filed against you or your business entity?

3) Have you ever filed a workers' compensation claim?

4) Have any of your family members, friends or relatives worked for an insurance carrier?

5) Have you ever been involved in the hiring, promotion, demotion, termination or discipline of any employee? If so, describe.

6) Have you ever owned your own business or ever been self-employed? If so, describe.

7) Have you ever filed a wrongful employment discharge claim or complaint? If so, describe.

8) Have any of your relatives, friends, or colleagues ever been involved in a wrongful discharge or discrimination claim? If so, explain.

9) Have you or any relative, friend, or colleague ever been a witness in a wrongful discharge case? If so, explain.

10) Have you heard of people filing law suits claiming that they have been wrongfully discharged? What do you think of that type of lawsuit?

BY: _____
Attorney for Plaintiff, Cecil Young
Thomas J. Weihing, Esq., ct 08235
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604
(203) 333-8500

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed postage prepaid in this the 31st day of January, 2005 to:

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Michael T. Ryan, Esq.
James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

_____
THOMAS J. WEIHING
Commissioner of the Superior Court