UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YOUNG                            :

v.                               :     NO. 3:03cv1010 (JBA)

CITY OF BRIDGEPORT, ET AL        :

### SCHEDULING ORDER & ENDORSEMENT ORDER [DOC. #56]

Discovery having closed on 12/10/04 and no dispositive motions having been filed by 12/30/04, the following trial schedule is ordered:

1. The parties' Joint Trial Memorandum is due 2/7/05.

2. A pre-trial conference will be held 2/22/05 at 11:30 a.m. in Chambers Room 118.

3. Jury selection will be held 3/2/05 at 9:00 a.m. in Courtroom Two.

4. Jury trial will commence 3/4/05, 8:30 a.m. - 2:00 p.m. daily.

Motion for Extension of Time [doc. #56] is GRANTED as set forth above.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **February   , 2005**