UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v, | : | CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| | : | |
| CITY OF BRIDGEPORT HOUSING | : | |
| AUTHORITY, AND COLLIN VICE, | : | |
| IN HER OFFICIAL CAPACITY AS | : | |
| EXECUTIVE DIRECTOR OF THE | : | FEBRUARY 7, 2005 |
| BRIDGEPORT HOUSING AUTHORITY | : | |
| AND IN HER PERSONAL CAPACITY; | : | |
| AND THE CITY OF BRIDGEPORT | : | |
| | : | |
| Defendants. | : | |

### MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

The undersigned Defendants, City of Bridgeport Housing Authority and Collin Vice respectfully move this Court pursuant to FRCP Rule 15, for leave to amend their Affirmative Defenses to the Plaintiff's Amended Complaint to add a Fifth and Sixth Affirmative Defense. A copy of the Defendants' proposed pleading is attached hereto. The Amendment will not delay the trial of this matter and the Plaintiff will not be prejudiced by said amendment.

        THE DEFENDANTS,
        CITY OF BRIDGEPORT HOUSING
        AUTHORITY AND COLLIN VICE

By:_____
    James A. Mahar, Esq., (CT 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT  06905
    Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February __, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328
Attorney for Defendant, City of Bridgeport

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street
Suite 710
Bridgeport, CT 06604
Attorney for Plaintiff, Cecil Young

                                                                            _____
                                                                            James A. Mahar, Esq.

I:\Procases\1742.008\motamendansanddeff020305.wpd
1742.008