UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v, | : | CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| | : | |
| CITY OF BRIDGEPORT HOUSING | : | |
| AUTHORITY, AND COLLIN VICE, | : | |
| IN HER OFFICIAL CAPACITY AS | : | |
| EXECUTIVE DIRECTOR OF THE | : | FEBRUARY 7, 2005 |
| BRIDGEPORT HOUSING AUTHORITY | : | |
| AND IN HER PERSONAL CAPACITY; | : | |
| AND THE CITY OF BRIDGEPORT | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF MANUEL FILING

Please take notice that Defendant, Bridgeport Housing Authority has manually filed the following document or thing:

**Defendants' Trial Memorandum and Preliminary Request to Charge.**

This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format

[X]   the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d)

or Local Rule of Criminal Procedure 57(b)[   ]

Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                         THE DEFENDANTS,
                                         HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT

                                         By: _____
                                         James A. Mahar, Esq., (CT 21854)
                                         Ryan, Ryan, Johnson & Deluca, LLP
                                         80 Fourth Street, P.O. Box 3057
                                         Stamford, CT 06905
                                         Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328
Attorney for Defendant, City of Bridgeport

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street
Suite 710
Bridgeport, CT 06604
Attorney for Plaintiff, Cecil Young

James A. Mahar, Esq.

I:\Processes\1742.008\manuelfilingnot.wpd
1742.008

- 3 -