UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG : | |
| : | |
| Plaintiff, : | |
| : | |
| v, : | CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| : | |
| CITY OF BRIDGEPORT HOUSING : | |
| AUTHORITY, AND COLLIN VICE, : | |
| IN HER OFFICIAL CAPACITY AS : | |
| EXECUTIVE DIRECTOR OF THE : | FEBRUARY 7, 2005 |
| BRIDGEPORT HOUSING AUTHORITY : | |
| AND IN HER PERSONAL CAPACITY; : | |
| AND THE CITY OF BRIDGEPORT : | |
| : | |
| Defendants. : | |

## NOTICE OF MANUEL FILING

Please take notice that Defendant, Bridgeport Housing Authority has manually filed the following document or thing:

**Defendants' Trial Memorandum and Preliminary Request to Charge.**

This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format

[X]   the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d)

or Local Rule of Criminal Procedure 57(b)[   ]

Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

>THE DEFENDANTS,
>HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT
>
>By: *James A. Mahar*
>James A. Mahar, Esq., (CT 21854)
>Ryan, Ryan, Johnson & Deluca, LLP
>80 Fourth Street, P.O. Box 3057
>Stamford, CT 06905
>Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328
Attorney for Defendant, City of Bridgeport

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street
Suite 710
Bridgeport, CT 06604
Attorney for Plaintiff, Cecil Young

                                         James A. Mahar, Esq.

I:\Procases\1742.008\manuelfilingnot.wpd
1742.008

- 3 -