UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v, | : | CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| | : | |
| CITY OF BRIDGEPORT HOUSING | : | |
| AUTHORITY, AND COLLIN VICE, | : | |
| IN HER OFFICIAL CAPACITY AS | : | |
| EXECUTIVE DIRECTOR OF THE | : | FEBRUARY 9, 2005 |
| BRIDGEPORT HOUSING AUTHORITY | : | |
| AND IN HER PERSONAL CAPACITY; | : | |
| AND THE CITY OF BRIDGEPORT | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR CONTINUANCE OF TRIAL DATE**

The Defendants, City of Bridgeport Housing Authority and Collin Vice, respectfully move this Court, pursuant to D. Conn. L. Civ. R § 7, to continue the commencement of trial in this matter by 45 days. In support of this Motion, the Defendants represent as follows.

By order dated November 30, 2004, the Court granted plaintiff's motion for an extension of time regarding the deadlines in the Scheduling Order and ordered that the case be trial ready by June 1, 2005. By order dated February 3, 2005, the Court ordered jury selection to begin on March 2, 2005 and trial to begin on March 4, 2005.

Counsel for the defendants, Michael T. Ryan and James A. Mahar, also represent the Bridgeport Housing Authority in a class action, discrimination case that is pending before Magistrate Judge William F. Garfinkel.  Matyasovszky v. BHA, et al.  3:03 cv 00968 (WIG). That case was scheduled for a preliminary injunction hearing during the week of February 8, 2005.  However, the parties have been involved in on-going negotiations to come to a resolution of the case and are making significant progress.  Accordingly, Judge Magistrate Garfinkel postponed the hearing and scheduled a further settlement conference for February 8, 2005. However, there are a number of outstanding issues to be negotiated and a comprehensive settlement will most likely take additional time.  Magistrate Judge Garfinkel has indicated that he would like all counsel in that case to remain focused on resolving the outstanding issues in a timely fashion.

Since the Trial Ready Date for this present matter was not scheduled until June 1, 2005, and because counsel for the Defendants have been focused on the on the Matyasovszky matter (preparing for the postponed hearing and engaging in settlement negotiations) the defendants request an additional forty-five days, to April 18, 2005, to begin jury selection and trial in this matter.  The additional time is needed so counsel may properly prepared for trial and give appropriate attention to the settlement of the Matyasovszky matter.

The undersigned spoke with counsel for the co-defendant, Barbara Massaro, Esq., who has no objection to this motion. The undersigned spoke with plaintiff's counsel, Thomas Weihing, who does not object to this motion. This is the first request for a continuance of the trial date by this Defendant.

**WHEREFORE,** the Defendants respectfully request that the Court grant this motion and schedule this matter for jury selection and trial after April 18, 2005.

                                          THE DEFENDANTS,
                                          CITY OF BRIDGEPORT HOUSING
                                          AUTHORITY AND COLLIN VICE

By:_____
     James A. Mahar, Esq., (CT 21854)
     Ryan, Ryan, Johnson & Deluca, LLP
     80 Fourth Street, P.O. Box 3057
     Stamford, CT   06905
     Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328
Attorney for Defendant, City of Bridgeport

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street
Suite 710
Bridgeport, CT 06604
Attorney for Plaintiff, Cecil Young

_____
James A. Mahar, Esq.

I:\Procases\1742.008\motiontocontinuetrial020705.wpd
1742.008

- 4 -