United States District Court
District of Connecticut
FILED AT
2/22/05
Kevin F. Rowe, Clerk
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG,<br><br>    Plaintiff<br><br>VS.<br><br>CITY OF BRIDGEPORT HOUSING<br>    AUTHORITY, ET AL<br><br>    Defendants | :<br>:  CIV. NO. 3:03CV1010 (JBA)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  FEBRUARY 22, 2005 |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' REQUEST TO
AMEND AFFIRMATIVE DEFENSES**

The Plaintiff, Cecil Young, in the above captioned matter objects to the Defendants, Bridgeport Housing Authority and Colin Vice's request to amend affirmative defenses dated February 7, 2005. The Defendants in the instant case are attempting to add two new special defenses which are identified as the Fifth and Sixth affirmative defenses in the Defendant's proposed amendment. The proposed affirmative defenses seek to add the defenses of The Hatch Act and qualified immunity.

Pursuant to Federal Rule of Civil Procedure 15(a), leave to amend a pleading may only be given when factors such as undue delay or undue prejudice to the opposing party are absent. Foman v. Davis, 371 U.S. 178, 182 (1962). It would be

1

unduly prejudicial for the Defendants to amend its affirmative defenses. Discovery in the instant case has ended and the instant case is scheduled for trial on March 4, 2005. It would be extremely prejudicial to the Plaintiff to have the Defendants' proposed affirmative defenses added at this late stage of the litigation on the eve of trial. The filing of additional affirmative defenses at this stage of the proceedings will preclude the Plaintiff from an adequate opportunity to explore the basis of the Defendants' new defenses through discovery and to seek to have the defenses revised or eliminated through dispositive pretrial motions.

    For the foregoing reasons the Defendants, Bridgeport Housing Authority and Collin Vice's Request to Amend should be denied.

                        Respectfully submitted,

                        THE PLAINTIFF,
                        CECIL YOUNG

                        BY:
                        THOMAS J. WEIHING, ct 00138
                        DALY, WEIHING & BOCHANIS
                        1115 Main Street, Suite 710
                        Bridgeport, CT 06604
                        Telephone: (203) 333-8500
                        Facsimile: (203) 334-0305

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed postage prepaid in this the 22nd day of February, 2005 to:

Barbara Brazzel-Massaro, Esq.
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

James Mahar, Esq.
Michael T. Ryan, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

_____
THOMAS J. WEIHING
Commissioner of the Superior Court