UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YOUNG | : |
| v. | :   NO. 3:03cv1010 (JBA) |
| CITY OF BRIDGEPORT, ET AL | : |

**SCHEDULING ORDER/ENDORSEMENT ORDER [DOC. #63, 70, 72, 73]**

Pursuant to the colloquy with counsel at the pre-trial conference held 2/22/05, the following schedule is ordered:

1. The parties are referred to Magistrate Judge Margolis for discovery purposes.  See Order of Referral.

2. Jury selection will be held 3/2/05 at 9:00 a.m. in Courtroom Two.

3. The parties' Supplemental Joint Trial Memorandum and all motions in limine will be filed 3/8/05; responses will be filed 3/21/05; defendant City of Bridgeport's Rule 50 Motion will be filed 3/2/05; opposition will be filed 3/23/05.  The parties' exhibit exchange will take place 3/2/05.

4. A final pre-trial conference will be held 3/24/05 at 9:00 a.m. in Chambers Room 118.

5. This case is standby for trial to commence 4/4/05 and is expected to otherwise commence 4/11/05, 8:30 a.m. - 2:00 p.m. daily, Courtroom Two.

Motion for Leave to Amend [doc. #63] is GRANTED and the Clerk is directed to docket defendants' Answer and Affirmative Defenses. Motions for Continuance of Trial Date [doc. #70, 72, 73] are DENIED, in part, as set forth above.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   February  , 2005**