UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 25 P 2: 48
U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| YOUNG | : | |
| v. | : | NO. 3:03cv1010 (JBA) |
| CITY OF BRIDGEPORT, ET AL | : | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

✔ - Supervise discovery and resolve discovery disputes:

- Ruling/Hearing:

- Settlement conference:

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: February 25, 2005