IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
CECIL YOUNG                                      :  3:03CV1010(JBA)
                                                 :
v.                                               :
                                                 :
CITY OF BRIDGEPORT, ET AL.                       :  MARCH 2, 2005
                                                 :
-------------------------------------------------x
```

ORDER

On February 28, 2005, Judge Janet Bond Arterton referred <u>Cecil Young v. City of Bridgeport, et al.</u> to this Magistrate Judge. (<u>See</u> Dkt. #76). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 2nd day of March, 2005

/s/
Joan G. Margolis
U. S. Magistrate Judge