FILED

2005 MAR -2 A II: 59

U.S. DISTRICT COURT
NEW HAVEN, CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| **Plaintiff,** | : | **CIV. NO. 3:03CV1010 (JBA)** |
| **vs.** | : | |
| **CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL** | : | |
| **Defendants** | : | **MARCH 2, 2005** |

### MOTION FOR JUDGMENT PURSUANT TO RULE 50(a)(2)

The Defendant, City of Bridgeport, respectfully requests that the Court grant judgment in its favor prior to the submission of this case to the jury.

The Defendant, City of Bridgeport, contends that it is entitled to judgment because:

1.     The Plaintiff has no evidence that the Defendant, City of Bridgeport, terminated his employment as a result of his exercise of the First Amendment, and

2.     The speech, which the Defendant contends was a matter of public concern, was a personal matter and not public concern.

3.     The Defendant, City of Bridgeport, has no evidence of a causal connection that the termination was for any substantial reason other than financial restraints.

BMF05037                                                      1

Therefore, the Defendant, City of Bridgeport, requests that the Court enter judgment in its favor. A memorandum and affidavit in support of the motion are attached hereto.

THE DEFENDANT
CITY OF BRIDGEPORT

By:  _Barbara B. Massaro_

Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

BMF05037                              2

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Judgment Pursuant to Rule 50(a)(2)" has been hand delivered on this 2nd day of March, 2005, to:

**Thomas J. Weihing, Esq.**
**Daly, Weihing & Bochanis**
**1115 Main Street, Suite 710**
**Bridgeport, CT  06604**

**Michael T. Ryan, Esq./James Mahar, Esq.**
**Ryan, Ryan, Johnson & Deluca, LLP**
**80 Fourth Street**
**Stamford, CT  06905**

**Magistrate Judge Joan G. Margolis**
**United States District Court**
**141 Church Street**
**New Haven, CT  06510**

_Barbara B ____
Barbara Brazzel-Massaro

BMF05037                                 3