

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CECIL YOUNG                           X
                                          CIV.NO. 3:03CV1010(JBA)
            Plaintiff(s)
                                      X
    -vs-

CITY OF BRIDGEPORT HOUSING            X
AUTHORITY, ET AL
                                          AUGUST 30, 2004
            Defendant(s)              X

### DEPOSITION OF CECIL YOUNG

Pretrial deposition taken in the above-entitled action on behalf of the defendant, City of Bridgeport, before Roberta Olson, a Notary Public, Shorthand Reporter, License No. 00168, pursuant to the Federal Rules of Civil Procedure, at the Office of the City Attorney, 999 Broad Street, Bridgeport, Connecticut.

COMPUTER REPORTING SERVICE - (203) 234-1144

YOUNG - CROSS - MASSARO

I'll say I don't.

Q    Mr. Young, do you have any documents and transcripts and minutes of meetings regarding your complaints about the Bridgeport Police Department, the Police Commission, specific police officers or the City of Bridgeport?

A    I believe when they threw that thing out of court, I ended up getting rid, I think, of that stuff.

Q    I'm sorry?

A    The matters pertaining to the police department, I think I ended up disregarding that sometime ago.

Q    Did you throw that documentation away?  Is that what you're telling me?

A    I probably did.  I cannot recall.

Q    Do you know whether or not you have any of the letters that you submitted for your CC1 complaints against police officers?

A    No.  I think I got rid of all that stuff. After the Internal Affairs said there was nothing found, that they couldn't find anything, so I just disregarded that, if I recall.

Q    Do you know if you have any of the transcripts of any of the criminal cases that you were involved

YOUNG - CROSS - MASSARO

with with the Bridgeport Police Department?

A   I don't think so. I don't think so. I think all that might have been disregarded after that was all over with, I think.

Q   Did you receive any transcripts regarding a July 2002 trial in relation to, I think, your arrest by --

A   Winkler.

    MR. WEIHING: Hold on a minute.

Q   -- Officer Winkler?

    MR. WEIHING: I object to the form of the question. Go ahead.

A   I don't know. Was there anything in that deposition --

    MR. WEIHING: Let me just --

Q   Do you want to take a moment to speak with your attorney?

    MR. WEIHING: No. I don't have any problems stating on the record that the documents that my office is in possession of, to this day we do not have any of that information regarding, is it an Officer Winkler?

    THE WITNESS: Yeah.

COMPUTER REPORTING SERVICE - (203) 234-1144

YOUNG - CROSS - MASSARO

MR. WEIHING: No.

Q    I think it wasn't regarding Officer Winkler. It was regarding the transcripts of the criminal case in which you appeared on Golden Hill Street regarding the charges that were brought, the criminal charges by Officer Winkler, and I think the fine that you paid in regard to that.

A    Yeah. It was a $50 fine and they vacated the fine.

   MR. WEIHING: Objection to the form of the question. If there's a question on that stuff, Cecil, you answer it.

Q    Do you have any of those documents?

A    I thought I did. I don't know. I could have sworn I got some of that from the court.

Q    Mr. Young, do you remember getting any of those documents from the court?

A    Yeah. I asked for a copy of the transcript. I paid for a copy of it.

Q    Do you know whether or not you have a copy of that transcript in your possession?

A    I don't know. I don't recall. I thought I did have it, but if I don't, I'll backtrack when I get back home and try to find out. If I got it, I'll send

COMPUTER REPORTING SERVICE - (203) 234-1144