| | |
|---|---|
| ☐ UNFOUNDED | ☐ ARREST |
| ◯ OPEN | ☐ CLOSED |
| ☐ WARRANT ADVISED | ☐ CLEARED / APPROVED |

| | | | |
|---|---|---|---|
| 1. INCIDENT NUMBER 010916251 | 2. INVESTIGATIVE CASE NO. | 3. TYPE OF CRIME / INCIDENT  Creating a public disturbance | 4. CODE(S) 2207 |
| 5. DISPATCHED  M: 09 D:16 Y:01 T: | 7. TIME OF OCCURRENCE  M:09 D:16 Y:01 T:1740 | 8. DISPATCHED TO: | |
| 6. ON SCENE  M: 09 D:16 Y: T: | | | |

9. LOCATION OF CRIME / INCIDENT: 103 Carroll Avenue
10. TYPE OF PREMISE: Street

13. No. of Vict. | 14. VICTIM'S NAME (LAST, FIRST, MIDDLE) | 15. VICTIM'S COMPLETE ADDRESS

18. Age | 19. Date of Birth | 20. Race | 21. Sex | 22. SSN. | 23. Place of Employment/School Attending

24. Victim Injured ☐ Yes ☐ No | 25. Nature of Injury(s) | 26. Hospital | Admitted? ☐ Yes ☐ No | 27. Attending Physician

28. Indicate with proper codes...

| 29. Individual's Name | 30. DOB/Age | 31. Address/Address Checked | 32. Telephone Numbers |
|---|---|---|---|
| | | | (H)    (B/S) |
| | | | (H)    (B/S) |
| | | | (H)    (B/S) |
| | | | (H)    (B/S) |
| | | | (H)    (B/S) |

33. Indicate Who Can Identify Suspect

| 34. Suspect #1 | Suspect #2 | Suspect #3 |
|---|---|---|
| Young, Cecil | Nichols, Shorre | |
| 35. May Be Located At: 103 Carroll Avenue | 103 Carroll Avenue | |
| 36. Description: B/M 5'8" 180 lbs | B/F | |
| 4-6-50 | 10-28-78 | |
| Arrested ☐ Yes ☑ No | Arrested ☐ Yes ☑ No | Arrested ☐ Yes ☐ No |

38. Vehicle Status: ☐ Stolen ☐ Recovered ☐ Suspect ☐ Target
39. Make/Model: Chev Prism
40. Year: 2000
41. Type: 4dr
42. Colors: Blue
43. Identifying Characteristics:
44. License Plate No. & Registration: 315PDR   State: CT   Year:   Type:
45. VIN/Bicycle Serial Number:

| 49. Type of Property Taken/Damaged | 50. Property Description & Identifying Information |
|---|---|

51. Point of Illegal Entry/Means of Attack
52. Type of Instrument/Weapon (Describe)
53. Loss Total  54. Revd. Tot.

55. Narrative:

Reporting Officers are assigned to Community police unit East End Three. Today at 1740 hours we were on patrol on Orange Street near Union Avenue. We saw a blue Chevrolet Prism CT. Reg. 315PDR operated by Nichols, Shorre. This vehicle was travelling south on Union Avenue and failed to stop for the stop sign

56. Physical Evidence ☐ Yes ☑ No
57. Property Receipt No.
58. Related Incident Nos.
59. Related Arrest Nos.
60. Related Casualty Nos.

61. Reporting Officer(s): B. Fitzgerald, R. Winkler
CAD# 683
Sect. Ee / 3
62. Required Follow-up/Recommendations: Pros.
63. Supervisor Review: Sgt Michael Domenyk  ☑ Yes ☐ No Concur
Page 1 of 3

# DEPARTMENT OF POLICE
## BRIDGEPORT, CONNECTICUT
## SUPPLEMENTAL REPORT

| | |
|---|---|
| **1. REPORT TYPE:** (✓) NARRATIVE CONTINUATION ( ) ADDITIONAL INFORMATION ( ) INVESTIGATIVE PROGRESS ( ) CLEAR UP/RECOVERED PROPERTY | |
| **2. OFFENSE / INCIDENT:** Creating a Public Disturbance | **3. LOCATION OF OFFENSE:** 99/103 Carroll Avenue |
| **4. VICTIMS NAME:** | **5. DATE OF OCCURRENCE:** 9/16/01 |
| | **6. VICTIM'S ADDRESS:** |
| | **7. INCIDENT NO.:** 0109/6251 |
| | **8. INVESTIGATIVE CASE NO.:** |

**BLOCK #1**

at Orange Street. This vehicle continued south on Union Avenue, turned east on Mildner Avenue, then south on Carroll Avenue quickly. We caught up to this vehicle, activated our emergency lights and performed a motor vehicle stop in front of 99/103 Carroll Avenue.

We were speaking with Nichols about the motor vehicle violation which we observed and were requesting her drivers license and vehicle registration. An older male who we now know as Young, Cecil approaches the Chevrolet Prism from 99/103 Carroll Avenue and attempted to speak to the driver. We requested twice that Young remain on the sidewalk until we were finished issuing Nichols an infraction. Young refuses to comply with our commands to stay away from the vehicle. Young states that he does not have to stay away from the vehicle because the driver is his daughter. We told Young that we just wanted to issue Nichols an infraction and that he could speak with her in a few minutes. Young became loud and states "I don't have to stay away from the car, do you know who I am?" We did not recognize Young. Young still refused to comply with our request to stay away from the vehicle. Young was inhibiting our ability to issue Nichols an infraction because we did not feel safe having him stand next to us while we attempted to collect Nichols paperwork.

**9. REPORTING OFFICER:** Fitzgerald  **CAD. NO.** 683
Winkler  **CAD. NO.** 756

**10. DATE REPORT PREPARED:** 9/16/01   **PAGE** 2 **OF** 3

**11. SUPERVISOR'S REVIEW:** Sgt Michael Dominguez  **CAD. NO.** 457  (✓) CONCUR   RECOMMEND

# SUPPLEMENTAL REPORT

**1. REPORT TYPE:** (X) NARRATIVE CONTINUATION ( ) ADDITIONAL INFORMATION ( ) INVESTIGATIVE PROGRESS ( ) CLEAR UP/RECOVERED PROPERTY

**2. OFFENSE / INCIDENT:** Creating a Public Disturbance
**3. LOCATION OF OFFENSE (House No. and Street):** 99/103 Carroll Avenue
**4. VICTIMS NAME:**
**5. DATE OF OCCURRENCE:** 9/16/01
**6. VICTIM'S ADDRESS:**
**7. INCIDENT NO.:** 010916251
**8. INVESTIGATIVE CASE NO.:**

Young continued to yell loudly causing neighbors from several homes on Carroll Avenue to exit their houses to observe the commotion. Young was placed in the rear of our patrol vehicle while we finished issuing Nichols an infraction so that he could not interfere with the motor vehicle stop further. At this time we requested Young's identification so that we could issue him an infraction also. Young identified himself as Cecil Young and displayed a gold star badge. We now recognized Young as a Bridgeport City sheriff. Nichols was issued an infraction for 14-301 failure to obey stop sign.

Young was issued an infraction for 53a-181a Creating a public disturbance and was released. Young made the following statement to us "Thankyou Officers, if you need anything let me know, I can do things for your career."

**9. REPORTING OFFICER:** Fitzgerald **CAD. NO.** 658
Winkler **CAD. NO.** 756
**10. DATE REPORT PREPARED:** 9/16/01
**PAGE** 3 **OF** 3

**11. SUPERVISOR'S REVIEW:** Sgt. Michael Dominguez **CAD. NO.** 459 (X) CONCUR  RECOMMEND