# Citizen Complaint Form

TO BE COMPLETED BY THE PERSON MAKING THE COMPLAINT

DATE OF COMPLAINT: 9-16-01  
TIME OF COMPLAINT: 7:00 pm  
NAME: CECIL C YOUNG  
SEX: M   DATE OF BIRTH: 4-6-50  
ADDRESS: 99 CARROLL Ave Bpt. CT  
PHONE NUMBERS: 384-1381

WITNESSES; NAME/ADDRESS | SEX | AGE | PHONE NUMBER
1. Pat Nichols - 99 Carroll Ave Bpt. CT | F | 46 | 384-1381
2. Malcolm Griffen - 102 Carroll Ave Bpt. CT | | | 368-6691
3.

OFFICERS INVOLVED: NAME | BADGE NO. | SEX | RACE | CAR NUMBER
1. ? | 171 | M | White |
2. ? | ? | M | White |
3.

DATE AND TIME OF INCIDENT: 9-16-01 App. 6:30 pm   LOCATION OF INCIDENT: 99 Carroll Ave Bpt.G Front of

WERE YOU ARRESTED?: ( )YES ( ✓ )NO   WERE YOU INJURED?: ( ✓ )YES ( )NO

DESCRIPTION OF INJURIES: police officer injured my arm & shoulder

DID YOU RECEIVE MEDICAL TREATMENT? ( ✓ )YES ( )NO   IF YES, PLEASE INDICATE WHERE AND BY WHOM: BPT Hospital - BPT. CT   DR. John Woods

DESCRIPTION OF INCIDENT: (USE THE REVERSE SIDE OF THIS FORM IF MORE SPACE IS NEEDED: I was listening to the calls on my scanner. I heard a call Carroll Ave + Milaner. I looked out the porch window & saw the police had my daughter stopped talking to her. I went to ask what was wrong with my daughter when

I AM AWARE OF THE OBLIGATION OF AN OATH AND OF THE FACTS THAT THE KNOWINGLY GIVING OF EITHER A FALSE STATEMENT OR FALSE INFORMATION IS UNLAWFUL AND PUNISHABLE BY LAW UNDER SECTIONS 53A-155 AND/OR 53A-157 OF THE CONNECTICUT GENERAL STATUTES.

IF YOU FEEL THAT YOU NEED AID IN COMPLETING THIS FORM,, YOU MAY CONTACT ANY AGENCY INCLUDING THE NAACP AT 377-4875, THE SPANISH AMERICAN DEVELOPMENT AGENCY (SADA) AT 333-5193, OR THE PUERTO RICAN COALITION AT 368-6781.

DATE: 9-18-01   SIGNATURE: Cecil C. Young

OFFICER INITIAL BELOW  
COPY OF CC-1 TO CITIZEN:  
FILE CARD COMPLETED:  
FILE NUMBER: 010918-085

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 18th DAY OF September, 2001

Cecil Young  
SIGNATURE OF INDIVIDUAL TAKING OATH

OIA: DATE COMPLAINT RECEIVED: 9/19/2001   CASE NUMBER ASSIGNED: OIA-343

ENCLOSURE A  
FORM CC-1

REVISED: 10/1997

Forwarded  
9/19/01  
Capt R. CRAW

get back on the sidewalk, back on the sidewalk I was going back to the sidewalk. I again asked what's wrong? I said I'm asking to find out about my daughter. Officer #171 yelled again, "I told you to get back on the sidewalk, get back on the sidewalk I said." As I stood on the sidewalk, I motioned to the officers with my hands, still asking what's happening with my daughter? He then yelled really loud "Shut up." Standing on the sidewalk watching the officers go back into their police car with my daughter's papers (appearing to be finished) I walked towards my daughter's car. Officer 171 yelled loudly on his police mic I said get back on the sidewalk. On the sidewalk right now. On my way back to the sidewalk, I motioned to my daughter (who was still sitting in her car) what happened? Officer #171 then jumped out of his car, grabbed my arm and started twisting my arm. He then twisted my arm up to lift me, pushed me to the police car (about 15ft from my daughter's car). He continued twisting my arm, with both of his hands like he was wringing out a mop. He then pushed me forward on the trunk of the police car, told me to spread my legs. Long while he was still twisting my arm. Then I said to him your twisting my arm. He said "Yeah. I know." I kept asking him why are you twisting my arm? I yelled it to the neighbors, look do you see him twisting my arm? Still twisting my arm (in a L position) he asked do I have I.D.? I told him my wallet is in my pocket. He reached all my pockets, took out my wallet, threw it on the trunk of his Police car. My arm still twisted up in the position. He flipped the wallet open, and saw a badge & yelled out laughing. HA. HA. he got a badge. He got a badge. He opened up the back door of the police car, with my arm still twisted in the L shape, and pushed me into the back

seat of the cruiser. Not handcuffed, (which the officer never attempted to handcuff me at any time). He asked my date of birth. I replied 4-6-50. He called the operator saying Young, Charlie, and gave the date of birth. The operator apparently asked who?, an he had to repeat it.

As he was writing, the other officer looked over at what he was writing and asked him, that's Cecil Young? His partner then said to him (officer #171) "I didn't recognized him, looks like he put on weight." Officer #171 then said to his partner "you didn't recognize him because he doesn't have on his superman outfit."
As he was writing the ticket he told his partner to get the red book out of the trunk. His partner got the red book (trunk still open) got back into the car and gave Officer #171 the red book. Officer #171 then gave me a ticket. They both got out of the car let me out and told me "You're lucky I didn't arrest you." I said "I'm not worried about you locking me up." I signed the paper, he gave me a copy of the ticket. I then told his partner, no hard feelings & went to shake his hand. The partner said "No, I don't want to shake your hand." They both got into the police car, and as they were leaving I told officer #171 "Maybe one day you might need a superman."

Half hour later, my arm started hurting. I went to Bpt. Hospital Emergency. There I called Headquarters asked for a Police Sergent because I was going to file a complaint. Captain Honis and a Sergant arrived at the hospital. I thanked them both for comming and explained what happened. Captain Honis said I could file a complaint if I want or if I want he would be willing to sit with me and the (2) Officers on a Thursday to try to resolve this issue.

However. If I file a complaint he couldn't meet with us to try to resolve the matter.

I thanked him anyway and said I would probally meet with him. Then I told him I'll let him know. I want to first see how I'm feeling and discuss it with my family.

Captain Honis then told me those officers were Community Police officers and I asked is that the way they treat people?

*Cecil Young*