UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | X | |
| Plaintiff(s) | | CIV.NO. 3:03CV1010(JBA) |
| -vs- | X | |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | X | |
| Defendant(s) | X | AUGUST 30, 2004 |

### DEPOSITION OF CECIL YOUNG

Pretrial deposition taken in the above-entitled action on behalf of the defendant, City of Bridgeport, before Roberta Olson, a Notary Public, Shorthand Reporter, License No. 00168, pursuant to the Federal Rules of Civil Procedure, at the Office of the City Attorney, 999 Broad Street, Bridgeport, Connecticut.

COMPUTER REPORTING SERVICE - (203) 234-1144

YOUNG - CROSS - MASSARO

complaints to the FBI?

    A    I think it was Public Facility Inspector.

    Q    You began your work as Public Facility Inspector in what year?

    A    In '98, maybe, or '96. '98 or '96, somewhere around there. '98, yeah, maybe.

    Q    Do you recall specifically when you began your job?

    A    Maybe '98, maybe.

    Q    And the complaint that you have, let's go to the first complaint that you made to the FBI, can you tell me what that first complaint was that you ever made to the FBI?

    A    It might have been about when Officer Fitzgerald, Winkler, when he changed his name. They changed their names and I complained about that and I complained about the fact that he twisted my arm all up and made remarks about my shirt, uniform being as Superman, he called it a Superman outfit. Those kinds of complaints I remember making.

    Q    Was that the same complaint that you had made to the Office of Internal Affairs regarding the two police officers?

    A    It probably was, yes. It probably was.

COMPUTER REPORTING SERVICE - (203) 234-1144

YOUNG - CROSS - MASSARO

Q    So, what you did is, you made a complaint to the Office of Internal Affairs regarding the two officers?

A    Uh-hum.

Q    And at the same time you filed a complaint with the Federal Bureau of Investigation?

A    Right. It probably was.

Q    And can you tell me what, if anything, did you learn as a result of the complaint that you sent to the FBI?

A    Well, it was that there was none found, they not could prove that it actually took place the way I said it took place, you know.

Q    And in regard to the complaint then that you submitted, the same complaint that you submitted to Internal Affairs, what happened to that complaint with Internal Affairs?

A    Well, Internal Affairs, I was a little more upset with that one because I claimed that Sergeant Savino had indicated that he had talked to Mr. Malcolm Griffin and asked him as to what happened, but when we talked to Malcolm Griffin, he indicated Sergeant Savino never talked to him. Malcolm Griffin was the one who was supposed to have allegedly seen the officer

COMPUTER REPORTING SERVICE - (203) 234-1144