UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | X | |
| Plaintiff(s) | | CIV.NO. 3:03CV1010(JBA) |
| -vs- | X | |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | X | |
| Defendant(s) | X | AUGUST 30, 2004 |

DEPOSITION OF CECIL YOUNG

Pretrial deposition taken in the above-entitled action on behalf of the defendant, City of Bridgeport, before Roberta Olson, a Notary Public, Shorthand Reporter, License No. 00168, pursuant to the Federal Rules of Civil Procedure, at the Office of the City Attorney, 999 Broad Street, Bridgeport, Connecticut.

COMPUTER REPORTING SERVICE - (203) 234-1144

YOUNG - CROSS - MASSARO

application like applying to get some type of job with the city? Did you ever fill out that type of paperwork?

    A    To be honest with you, no, I have never had to do that.

    Q    And, in fact, in any of the jobs --

    A    That I recall.

    Q    -- that you've had with the city, have you ever had to fill out an application for a job?

    A    To be honest with you, I filled out papers. I don't know what the total papers was -- It had to be that. It had to be an application. It had to be applications because I signed all kinds of papers.

    Q    Do you know that for a fact as you sit here today that it was actually applying for a job so that you would go through an interview process and be hired?

    A    Yeah. I went through all that, yeah.

    Q    And did you go through an interview process with George Estrada before you were hired to work for Public Facilities, for instance?

    A    Yeah, yeah. I went through the process and then they assigned me to Estrada, who then told me, "Cecil, I'm sorry. I'll get back with you in a couple of days. I got to get a hold of the mayor."

COMPUTER REPORTING SERVICE - (203) 234-1144

YOUNG - CROSS - MASSARO

Q   But my question was, did George Estrada do an interview of you to determine whether or not he was going to hire you for a position?

A   Oh, yeah. He told me that, "Cecil, I'm going to want you to be working on the illegal dumping stuff..."

Q   I don't think we're connecting. Let me withdraw the question.

A   Okay.

Q   Before George Estrada told you what you were going to be doing in a particular position, before you got that far, did you go in and say, "I'm looking for a job and I know you have a job as Public Facilities Inspector available, can I apply for the job and interview for it?" Did you ever do that?

A   It wasn't done that way.

Q   Okay.

A   It wasn't done that way. I never knew it was done that way. I was always sent to a department and I started work with all of them for the last 21 years.

Q   With all the jobs that you've had with the city?

A   Every job I've ever been on. They always said go see so and so, that's who you'll be working with and

COMPUTER REPORTING SERVICE - (203) 234-1144

YOUNG - CROSS - MASSARO

that's where I'd go to work at.

Q    And would it be fair to say that you're a very active political person?

A    Yes, very much so.

Q    You work a lot for the democratic party --

A    Big time.

Q    -- in Bridgeport?

A    That's right.

Q    You campaign for a lot of people?

A    All of them.

Q    And you get a lot of votes for the people?

A    That's right.

Q    And in exchange for those votes that you get, you sometimes ask favors?

A    Oh, no doubt. No doubt. No doubt. No doubt.

Q    And, in fact, one of the favors that you asked for, which would be the most recent, was your position now in the city?

A    That's right. I supported the mayor, John Fabrizi for mayor, and I campaigned for him.

Q    Do you know whether or not the position that you have now is a union position?

A    Yes.

Q    And what union do you come under?

COMPUTER REPORTING SERVICE - (203) 234-1144