UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CECIL YOUNG                             :
                                        :
            Plaintiff,                  :    CIV. NO. 3:03CV1010 (JBA)
                                        :
vs.                                     :
                                        :
CITY OF BRIDGEPORT HOUSING              :
AUTHORITY, ET AL                        :
                                        :
            Defendants                  :    MARCH 2, 2005

## AFFIDAVIT

I, Thomas Sherwood, being of sound mind and body, do hereby depose and say:

1.   I am over the age of eighteen and believe in the obligation of an oath.

2.   I am employed by the City of Bridgeport as the Director of the Office of Policy and Management. In February 2002 thru June 2002 I was the Director of the Office of Policy and Management. In this capacity I was responsible for the implementation of the budget to be presented to the City Council for the fiscal year 2002-2003.

3.   As the Director, I assisted in developing a draft budget which was reviewed by the Mayor and then formally recommended to the City Council by the first Tuesday in April 2002.

BMF05039                               1

4.  As part of my responsibilities I presented the recommended budget to the Council. The budget which was presented contained an approximate six million dollar gap.

5.  The City Council reviewed the recommended budget and requested a plan to close the six million dollar gap through cuts. As a part of that task I immediately sent to all department heads a request dated April 10, 2002 that they cut their department budget and size by varying amounts that I had fixed based upon the work of the department for a cumulative cut of approximately six million.

6.  This request was a directive from the Budget and Appropriation Committee (7 members) of the City Council for the City of Bridgeport.

7.  Thereafter, each department, including the Public Facilities Administrative Offices responded with proposed cuts. The Public Facilities Deputy Director provided a response with justification to eliminate two positions to reach the value contained in the April 10, 2002 memo request.

8.  The proposals of each of the departments were then presented to the City Council and reviewed item for item to determine what cuts would be made to close the gap. This analysis was done by the Budget and Appropriation Committee and approved and presented to the City Council as a whole and, thereafter, adopted in early May 2002. The final vote required approval by the majority of the twenty member council and was not a decision made by the Mayor of the City of Bridgeport.

9. As a result of the department recommendations, a number of positions were eliminated from the City in an effort to reduce the gap.

10. Based upon the vote of the City Council, one of the positions eliminated was Public Facilities Inspector, a position filled by Mr. Cecil Young.

*Thomas R Sherwood*
Thomas Sherwood

Sworn and subscribed before me this 1st day of March, 2005

*Barbara B Massaro*
Barbara Brazzel-Massaro
Commissioner of the Superior Court