

*City of Bridgeport*
# DEPARTMENT OF POLICE
# **OFFICE OF THE CHIEF**

300 Congress Street • Bridgeport, Connecticut 06604 • Telephone (203) 576-7611 • Fax (203) 576-8130

**WILBUR L. CHAPMAN**
Chief of Police

February 18, 2002

Mr. Cecil Young
99 Carroll Avenue
Bridgeport, CT 06607

RE: **Citizen Complaint, OIA case # 01I-343**

Dear Mr. Young:

The Honorable Board of Police Commissioners would first like to thank you for appearing before them and expressing your concerns. The Honorable Board of Police Commissioners unanimously voted to **DENY** your appeal and **uphold** the findings in this case after further review on February 12, 2002.

Again, the Board of Police Commissioners would like to thank you for taking the time to express your concerns and appearing before them on January 23, 2002.

Sincerely yours,

Sergeant Glen Prentice
Department Clerk

GP/gp

Cc: Office of Internal Affairs
file



34

# CITY OF BRIDGEPORT
## DEPARTMENT OF POLICE
300 CONGRESS STREET
BRIDGEPORT, CONNECTICUT 06604

WILBUR L. CHAPMAN
Chief of Police

To:    Mayor Joseph Ganim
       Mr. Eugene O'Neil, President of the Board of Police Commissioners
       Chief Wilbur Chapman

From:  Sgt. Joseph Savino

Date:  12/10/01

Re:    01I-343

*Allegation: Cecil Young complains that Officer R. Winkler wrenched his arm up behind his back during an incident that occurred on 103 Carroll Avenue.*

*Finding: Excessive Force    Exonerated*

*Summary:* The office of internal affairs conducted taped interviews from the following persons: Cecil Young conducted by Lt. R. Porter. Pat Nichols, Shonta Nichols and Officer B. Fitzgerald conducted by this writer. Officer R. Winkler conducted by Sgt. R. Sherwood. This writer encourages the reader to review these statements in their entireties.

According to Incident report 010916-251 Cecil Young was issued an infraction for creating a public disturbance. This infraction stems from Mr. Young's interference in a valid motor vehicle stop that Officer Winkler and Officer Fitzgerald were conducting. The subject of the motor vehicle stop, Shonta Nichols, was issued an infraction for failure to obey a stop sign.

This writer would like to note that Shonta Nichols is Cecil Young's daughter.

Mr. Young states that while in his home at 103 Carroll Avenue he became aware that the police had stopped his daughter, Shonta Nichols, in front of his house. Mr. Young states he exited his house and attempted to walk toward his daughter's car to see if she was all right. Mr. Young states that the officers told him to stay on the sidewalk while they conducted their investigation. Mr. Young states that he complied with their request, however, when the officers retreated to the police car with his daughter's driving information that he attempted again to approach the vehicle to speak with his daughter. Mr. Young states that it was at this time that the officer's spoke to him over the police vehicle loud speaker to return to the sidewalk. Mr. Young states that Officer Winkler then approached him and escorted him to the police vehicle and patted him down. During this pat down Mr. Young states that Officer Winkler forcefully wrenched his arm up behind his back causing Mr. Young to injure his arm. Mr. Young states that the Officer's took his wallet and license out and began to issue him a ticket. Mr. Young states that while



writing this ticket that Officers Winkler and Fitzgerald realized that they knew who he was and that they were insulting to him.

Shonta Nichols confirms in her statement that the police stopped her in front of 103 Carroll Avenue. Shonta Nichols further states that during the stop her father, Cecil Young, attempted to approach her vehicle and was told by the police officers, at least two times, to remain on the sidewalk. While the Officers were writing her ticket Cecil Young attempted to speak to her again and it was at this time that the officers took Cecil Young back to the Police car. Shonta Nichol's states that while Cecil Young was being brought to the police car that he was saying, "You see they are twisting my arm". Shonta Nichol's states that she saw the officers take Cecil Young by the arm and walk him back to the police car. Shonta Nichol's states that she thought that the officers were handcuffing her father but that she did not see the officers twist his arm behind his back. Shonta Nichols has no complaint with the way the officer's treated her.

Pat Nichols is Cecil Young's girlfriend. Pat Nichol's, in her statement, says that she witnessed the incident and the officers indeed did wrench Cecil Young's arm up behind his back. Pat Nichols did confirm the fact that Cecil Young was told by the police officers to stay on the sidewalk away from the vehicle, however she did not understand why. This writer explained to Pat Nichols some police safety procedures and some reasons why the officers would tell Cecil Young to stay on they sidewalk. Pat Nichols states that the officers were making comments such as "we got bad Cecil".

Officers Winkler and Fitzgerald both state that Cecil Young was given several warnings to stay on the sidewalk and away from the vehicle, that they had stopped. Officer Fitzgerald states that at no time did he touch Cecil Young and that at no time did he see Officer Winkler twist Cecil Young's arm up behind his back. Officer Winkler states that after several warnings to Mr. Young to stay on the sidewalk and away from the vehicle it was clear to him that Mr. Young would not comply with the request. Officer Winkler then took Mr. Young by the arm and escorted him back to the police car. Officer Winkler states that at no time was Mr. Young's arm twisted. Officer Winkler states that while patting Mr. Young down that he held Mr. Young's arm with only one hand. Officer Winkler states that he took Cecil Young's wallet for ID and sat Mr. Young in the Police car. Officer Winkler then issued Mr. Young the infraction. Officers Fitzgerald and Winkler state at no time were they discourteous to Mr. Young. Officer Winkler does state that he made mention of Cecil Young's sheriff uniform which closely resembles a Bridgeport Police Officers uniform.

This writer along with Sgt. J. Adiletta conducted a field interview of Mr. Malcolm Griffin. Mr. Griffin witnessed the incident. Mr. Griffin states that he saw the officers grab Cecil Young by the arm and also take Mr. Young's wallet and ID. Mr. Griffin stated he was not close enough to her what was said. A report of the interview is enclosed.

***Conclusion***: Motor vehicle stops are a dangerous part of a police officers job. Maintaining control of the stop is a concern for the safety of all persons involved. Mr. Young ignored several warnings by the police officers to refrain from interfering with the motor vehicle stop. This writer would like to point out that Cecil Young is a sheriff in the City of Bridgeport and has worked with our police officers in the past with the Bridgeport housing authority. Mr. Young is familiar with Police safety issues and practices. This writer has reviewed the statements regarding this complaint and finds no violation of Bridgeport Police Department Policy and Procedure. This writer finds Officer Winkler and Officer Fitzgerald exonerated of the charges against them.

Respectfully Submitted

*[signature]*
Sgt. J. Savino