UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG, | : |
| Plaintiff | : CIV. NO. 3:03CV1010 (JBA) |
| VS. | : |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | : |
| Defendants | : JANUARY 26, 2005 |

## PLAINTIFF'S PROPOSED VERDICT FORM

1. Do you find by a preponderance of the evidence that the Plaintiff's actions in exercising his right of free speech pursuant to the First Amendment of the United States Constitution and Article First Section 4 of the Constitution of the State of Connecticut was a factor in the Defendant, City of Bridgeport's decision to terminate the Plaintiff?

    Yes _____    No _____

If your answer to Question No. 1 is Yes, then answer the next three questions.

2. What amount of damages did Plaintiff sustain as a result of the Defendant, City of Bridgeport's retaliation against him?

    Backpay    _____

    Future pay    _____

    Other Benefits _____

1

3. What amount of compensatory damages did Plaintiff sustain as a result of the Defendant, City of Bridgeport's retaliation?

   $ _____

4. Do you find by a preponderance of the evidence that the Plaintiff's retaliatory termination by the Defendant, City of Bridgeport, arose from some improper or unjustifiable motive or intent, or that the Defendant acted in reckless disregard of the Plaintiff's rights, or that the Defendant, City of Bridgeport, or Defendants acted in bad faith or acted wantonly?

   Yes _____   No _____

If your answer to Question No. 4 is Yes, then answer the next question.

5. What amount of punitive damages did Plaintiff sustain as a result of the Defendant, City of Bridgeport's retaliation?

   $ _____

6. Do you find by a preponderance of the evidence that the Plaintiff's actions in exercising his right of free speech pursuant to the First Amendment of the United States Constitution and Article First Section 4 of the Constitution of the State of Connecticut was a factor in the Defendant, Bridgeport Housing Authority's decision to terminate the Plaintiff?

   Yes _____   No _____

If your answer to Question No. 6 is Yes, then answer the next three questions.

2

7. What amount of damages did Plaintiff sustain as a result of the Defendant, Bridgeport Housing Authority's retaliation against him?

   Backpay         _____

   Future pay      _____

   Other Benefits  _____

8. What amount of compensatory damages did Plaintiff sustain as a result of the Defendant, Bridgeport Housing Authority's retaliation?

   $ _____

9. Do you find by a preponderance of the evidence that the Plaintiff's retaliatory termination by the Defendant, Bridgeport Housing Authority, arose from some improper or unjustifiable motive or intent, or that the Defendant acted in reckless disregard of the Plaintiff's rights, or that the Defendant, Bridgeport Housing Authority, or Defendants acted in bad faith or acted wantonly?

   Yes _____          No _____

If your answer to Question No. 9 is Yes, then answer the next question.

10. What amount of punitive damages did Plaintiff sustain as a result of the Defendant, Bridgeport Housing Authority's retaliation?

    $ _____

3

11. Do you find by a preponderance of the evidence that the Plaintiff's actions in exercising his right of free speech pursuant to the First Amendment of the United States Constitution and Article First Section 4 of the Constitution of the State of Connecticut was a factor in the Defendant, Collin Vice's decision to terminate the Plaintiff?

    Yes _____     No _____

If your answer to Question No. 11 is Yes, then answer the next three questions.

12. What amount of damages did Plaintiff sustain as a result of the Defendant, Collin Vice's retaliation against him?

    Backpay        _____

    Future pay     _____

    Other Benefits _____

13. What amount of compensatory damages did Plaintiff sustain as a result of the Defendant, Collin Vice's retaliation?

    $ _____

14. Do you find by a preponderance of the evidence that the Plaintiff's retaliatory termination by the Defendant, Collin Vice, arose from some improper or unjustifiable motive or intent, or that the Defendant acted in reckless disregard of the Plaintiff's rights, or that the Defendant, Collin Vice, or Defendants acted in bad faith or acted wantonly?

    Yes _____     No _____

4

If your answer to Question No. 14 is Yes, then answer the next question.

15. What amount of punitive damages did Plaintiff sustain as a result of the Defendant, Collin Vice's retaliation?

$ _____

THE PLAINTIFF

BY: _____
Thomas J. Weihing, Esq., ct 08235
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604
(203) 333-8500

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid in this the 31st day of January, 2005 to:

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Michael T. Ryan, Esq.
James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

_____
THOMAS J. WEIHING
Commissioner of the Superior Court

5