UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CECIL YOUNG                                  :
                                             :
          Plaintiff,                         :
                                             :
    v,                                       :     CIVIL ACTION NO. 3:03 CV 1010 (JBA)
                                             :
CITY OF BRIDGEPORT HOUSING                   :
AUTHORITY, AND COLLIN VICE,                  :
IN HER OFFICIAL CAPACITY AS                  :
EXECUTIVE DIRECTOR OF THE                    :     MARCH 7, 2005
BRIDGEPORT HOUSING AUTHORITY                 :
AND IN HER PERSONAL CAPACITY;                :
AND THE CITY OF BRIDGEPORT                   :
                                             :
          Defendants.                        :

## DEFENDANTS, HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT AND COLLIN VICE'S PROPOSED JURY INTERROGATORIES AND VERDICT FORMS

With respect to the plaintiff's claims against the Bridgeport Housing Authority and Collin Vice:

1.    Do you find that the plaintiff has proven by a preponderance of the evidence that the statements he made during the tours he conducted in July and August of 2000 were on a matter of public concern?

      _____: Yes              _____: No.

If you answered "Yes" to the above question, continue to question 2. If you answered "No" to the above question, please complete the Defendant's Verdict Form for the Bridgeport Housing Authority and Collin Vice.

2.   Do you find that the plaintiff has proven by a fair preponderance of the evidence
     that he suffered an adverse employment action?

     ___: Yes                    ___: No

     If you answered "Yes" to the above question, continue to the next question.  If
     your answer to the above question is "No," please fill out the Defendants' Verdict
     form for the Bridgeport Housing Authority and Collin Vice.

3.   Do you find that the plaintiff has proven by a preponderance of the evidence that
     there was a causal connection between his protected speech and the adverse
     employment action?

     ___: Yes                    ___: No

     If you answered "Yes" to the above question, continue to the next question.  If
     your answer to the above question is "No," please fill out the Defendants' Verdict
     form for the Bridgeport Housing Authority and Collin Vice.

4.   Do you find that the plaintiff has proven by a preponderance of the evidence that
     the Defendant, Collin Vice acted intentionally or recklessly to violate the
     plaintiff's rights?

     ___: Yes                    ___: No

     If you answered "Yes" to the above question, continue to the next question.  If
     your answer to the above question is "No," please fill out the Defendants' Verdict
     form for the Bridgeport Housing Authority and Collin Vice.

5.  Do you find that the Defendants, the Bridgeport Housing Authority and Collin Vice, have proven by a preponderance of the evidence that they would have eliminated plaintiff's position regardless of his protected speech?

    ___: Yes            ___: No

    If you answered "Yes" to the above question, please fill out the Defendants' Verdict form for the Bridgeport Housing Authority and Collin Vice. If you answered "No" to the above question, continue to the next question.

6.  Do you find that the Defendants, the Bridgeport Housing Authority and Collin Vice, have proven by a preponderance of the evidence that the plaintiff's conduct impaired discipline by superiors or harmony among co-workers?

    ___: Yes            ___: No

    If you answered "Yes" to the above question, please fill out the Defendants' Verdict form for the Bridgeport Housing Authority and Collin Vice. If you answered "No" to the above question, continue to the next question.

7.  Do you find that the Defendants, the Bridgeport Housing Authority and Collin Vice, have proven by a preponderance of the evidence that the plaintiff's conduct had a detrimental impact on close working relationships within the BHA?

    ___: Yes            ___: No

    If you answered "Yes" to the above question, please fill out the Defendants' Verdict form for the Bridgeport Housing Authority and Collin Vice. If you answered "No" to the above question, continue to the next question.

8.  Do you find that the Defendants, the Bridgeport Housing Authority and Collin Vice, have proven by a preponderance of the evidence that the plaintiff's conduct impeded the performance of the plaintiff's duties?

    \_\_\_: Yes        \_\_\_: No

If you answered "Yes" to the above question, please fill out the Defendants' Verdict form for the Bridgeport Housing Authority and Collin Vice. If you answered "No" to the above question, continue to the next question.

9.  Do you find that the Defendants, the Bridgeport Housing Authority and Collin Vice, have proven by a preponderance of the evidence that the plaintiff's conduct interfered with the regular operation of the BHA?

    \_\_\_: Yes        \_\_\_: No

If you answered "Yes" to the above question, please fill out the Defendants' Verdict form for the Bridgeport Housing Authority and Collin Vice. If you answered "No" to the above question, continue to the next question.

With respect to the plaintiff's claims against the Bridgeport Housing Authority:

10. Do you find that the Defendants' have proven by a preponderance of the evidence that Collin Vice objectively and reasonably believed that her actions would not violate the plaintiff's rights?

    \_\_\_: Yes        \_\_\_: No

If you answered "Yes" to the above question, fill out the Defendants' Verdict form for the Bridgeport Housing Authority and Collin Vice. If you answered "No" to the above question, continue to the next question.

- 4 -

11.    Do you find that the plaintiff has proven by a preponderance of the evidence that the BHA eliminated his position or approved the elimination of his position knowing that it violated plaintiff's constitutional rights?

    ___: Yes            ___: No

    If you answered "Yes" to the above question, continue to the next question. If you answered "No" to the above question, then fill out the Defendants' Verdict form in favor of the Bridgeport Housing Authority.

12.    Do you find that the plaintiff has proven by a preponderance of the evidence that Collin Vice acted with malicious intent or with a callous or reckless disregard of the plaintiff's rights?

    ___: Yes            ___: No

13.    Do you find that the plaintiff used reasonable efforts to obtain employment after his job with the BHA was ended?

    ___: Yes            ___: No

14.    Do you find that the continued employment of the plaintiff's be the Defendant BHA would have violated the Hatch Act?

    ___: Yes            ___: No

- 5 -

THE DEFENDANTS,
CITY OF BRIDGEPORT HOUSING
AUTHORITY AND COLLIN VICE

By:_____

    James A. Mahar, Esq., (CT 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on March ___, 2005, a copy of the above was mailed to the following

counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street
Suite 710
Bridgeport, CT 06604

                                       _____
                                         James A. Mahar, Esq.

C:\Documents and Settings\All Users\Documents\Harlene's Documents\Client Folders\Young, Cecil\BHA and Collin Vice jury interrogs.wpd
1742.008