UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v, | : | CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| | : | |
| CITY OF BRIDGEPORT HOUSING | : | |
| AUTHORITY, AND COLLIN VICE, | : | |
| IN HER OFFICIAL CAPACITY AS | : | |
| EXECUTIVE DIRECTOR OF THE | : | MARCH 14, 2005 |
| BRIDGEPORT HOUSING AUTHORITY | : | |
| AND IN HER PERSONAL CAPACITY; | : | |
| AND THE CITY OF BRIDGEPORT | : | |
| | : | |
| Defendants. | : | |

### OBJECTION TO PLAINTIFF'S PROPOSED VERDICT FORM

The undersigned Defendants, City of Bridgeport Housing Authority ("BHA") and Collin Vice hereby object to Plaintiff's proposed verdict form to the extent that it provides for the imposition of punitive damages against the BHA and Collin Vice in her official capacity. Pursuant to the United States Supreme Court ruling in *City of Newport v. Fact Concerts, Inc.,* 453 U.S. 247 (1981), the BHA is not subject to an award of punitive damages because punitive damages are not expressly authorized against a governmental entity pursuant to 42 U.S.C. § 1983. Additionally, punitive damages may not be assessed against the Defendant Collin Vice in her official capacity of Executive Director of the BHA. By doing so, the Plaintiff is seeking to

impose punitive damages on the BHA under the doctrine of *respondeat superior*. "A [governmental entity] can act only through its employees, and to permit awards of punitive damages upon [governmental entities] through the doctrine of *respondeat superior* would effectively vitiate the holding of *Fact Concerts*." *Inland Mediation Board v. City of Pomona*, 158 F. Supp. 2d 1120, 1159 (CDCA 2001).

        THE DEFENDANTS,
        CITY OF BRIDGEPORT HOUSING
        AUTHORITY AND COLLIN VICE

By:_____
    James A. Mahar, Esq., (CT 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

      I hereby certify that on March ___, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street
Suite 710
Bridgeport, CT 06604

                                                    _____
                                                    James A. Mahar, Esq.

I:\Procases\1742.008\objpltverdictform.wpd
1742.008