FILED

2005 MAR 16  A 9: 29

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG : | |
| : | |
| Plaintiff, : | |
| : | |
| v, : | CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| : | |
| CITY OF BRIDGEPORT HOUSING : | |
| AUTHORITY, AND COLLIN VICE, : | |
| IN HER OFFICIAL CAPACITY AS : | |
| EXECUTIVE DIRECTOR OF THE : | MARCH 15, 2005 |
| BRIDGEPORT HOUSING AUTHORITY : | |
| AND IN HER PERSONAL CAPACITY; : | |
| AND THE CITY OF BRIDGEPORT : | |
| : | |
| Defendants. : | |

## NOTICE OF MANUAL FILING

Please take notice that Defendant, Bridgeport Housing Authority has manually filed the following document or thing:

**Exhibits attached to Motion in Limine re: Evidence of Secret Bank Accounts**

This document has not been filed electronically because

[X]   the document or thing cannot be converted to an electronic format

[ ]   the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)[   ]

Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE DEFENDANTS,
HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT

By: /s/ James A. Mahar

James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905
Phone No. 203-357-9200

- 2 -