*End*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR 28 P 3: 59
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| YOUNG | : |
| v. | : NO. 3:03cv1010 (JBA) |
| CITY OF BRIDGEPORT, ET AL | : |

### ENDORSEMENT ORDER

1. This Court's order granting defendant's motion for leave to amend answer and affirmative defense [Doc. # 63], see Order [Doc. # 75] is hereby VACATED for the reasons set forth on the record of March 24, 2005. The motion remains under advisement pending plaintiffs' supplemental objection following deposition of Mr. Lavelle.

2. Defendants' Motion in Limine to Preclude Evidence Regarding the Termination of Collin Vice's Contract with the BHA [Doc. # 83] is GRANTED, absent prior foundation that Collin Vice's termination related to Young's termination.

3. Defendants' Motion in Limine Re: Evidence of Secret Bank Accounts [Doc. # 86] is GRANTED, absent prior foundation showing that plaintiff spoke at the tours about this subject matter.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    March 24, 2005