UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v, | : | CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| | : | |
| CITY OF BRIDGEPORT HOUSING | : | |
| AUTHORITY, AND COLLIN VICE, | : | |
| IN HER OFFICIAL CAPACITY AS | : | |
| EXECUTIVE DIRECTOR OF THE | : | APRIL 1, 2005 |
| BRIDGEPORT HOUSING AUTHORITY | : | |
| AND IN HER PERSONAL CAPACITY; | : | |
| AND THE CITY OF BRIDGEPORT | : | |
| | : | |
|     Defendants. | : | |

**<u>MOTION FOR PERMISSION TO MAKE A BRIEF OPENING STATEMENT</u>**

    The undersigned Defendants, City of Bridgeport Housing Authority (BHA) and Collin Vice, respectfully move this Court, pursuant to D. Conn. L. Civ. R. 83.4, for permission to make a brief opening statement in the trial of this matter. An opening statement would be useful for the jury to understand the issues to be presented in the trial of this matter.

        THE DEFENDANTS,
        CITY OF BRIDGEPORT HOUSING
        AUTHORITY AND COLLIN VICE


By:_____
    James A. Mahar, Esq., (CT 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200


## CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604


_____
James A. Mahar, Esq.

I:\Procases\1742.008\motopeningstmt.wpd
1742.008