UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG : | |
| : | |
| Plaintiff, : | |
| : | |
| v, : | CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| : | |
| CITY OF BRIDGEPORT HOUSING : | |
| AUTHORITY, AND COLLIN VICE, : | |
| IN HER OFFICIAL CAPACITY AS : | |
| EXECUTIVE DIRECTOR OF THE : | APRIL 1, 2005 |
| BRIDGEPORT HOUSING AUTHORITY : | |
| AND IN HER PERSONAL CAPACITY; : | |
| AND THE CITY OF BRIDGEPORT : | |
| : | |
| Defendants. : | |

## MOTION FOR PERMISSION TO AMEND JOINT TRIAL MEMORANDUM TO ADD AN ADDITIONAL TRIAL EXHIBIT

The undersigned Defendants, City of Bridgeport Housing Authority ("BHA") and Collin Vice, respectfully move this Court for permission to amend the Joint Trial Memorandum to add an additional exhibit to be offered into evidence in the trial of this matter. The additional exhibit consists of two excerpts from the BHA One Year and Five Year Plan from July 2000. The exhibit is being offered to show the official mission of the BHA and to show that BHA's concerns about crime and the plan to contract with the City of Bridgeport to provide a housing police detail. This exhibit was inadvertently overlooked by Defense counsel when reviewing the

initial list of exhibits and is necessary in the presentation of the defense of this matter. A copy of the proposed exhibit is annexed hereto and is being provided to all counsel with this motion. Additionally, a copy of the proposed exhibit was sent via fax to plaintiff's counsel on March 30, 2005. A copy of the cover letter is attached.

The Plaintiff was provided with a copy of this exhibit through discovery, with the exception of the pages marked "7" and "8", which were not requested. Accordingly, the Plaintiff will not be unduly prejudiced by the inclusion of this exhibit in the Joint Trial Memorandum and will have the opportunity to object to the admissibility prior to the start of evidence.

The undersigned has been unable to reach plaintiff's counsel to determine if he objects to this motion.

**WHEREFORE,** the undersigned respectfully requests permission to amend the Joint Trial Memorandum and add this exhibit.

        THE DEFENDANTS,
        CITY OF BRIDGEPORT HOUSING
        AUTHORITY AND COLLIN VICE


By:_____
    James A. Mahar, Esq., (CT 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Barbara Brazzel-Massaro, Esq.
City of Bridgeport
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street
Suite 710
Bridgeport, CT 06604

                                      _____
                                      James A. Mahar, Esq.

I:\Procases\1742.008\mottoaddexhibit.wpd
1742.008