FILED

2005 APR -4 P 3: 27

U.S. ...  ...URT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG : | |
| Plaintiff, : | CIV NO. 3:03CV1010 (JBA) |
| Vs. : | |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL : | |
| Defendants : | March 31, 2005 |

## MOTION TO MAKE OPENING STATEMENT

The Plaintiff respectfully requests an opportunity to make an opening statement in the instant case at the start of trial. The Plaintiff in the instant case alleges that the Defendants violated his constitutional rights of freedom of speech and retaliated against him for exercising his constitutional right to freedom of speech. The opportunity to give an opening statement will aid the jury in hearing the evidence by providing them with an overview as to what the parties claims are and of the expected testimony and evidence to be presented.

For the foregoing reasons the Plaintiff requests an opportunity to present an opening statement.

THE PLAINTIFF

BY _____
THOMAS J. WEIHING ct 08235
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604
(203) 333-8500

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid and/or sent by facsimile on this 31st day of March, 2005 to:

James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

_____
THOMAS J. WEIHING
Commissioner of the Superior Court