UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
YOUNG                          :
                               :
v.                             :     NO. 3:03cv1010 (JBA)
                               :
CITY OF BRIDGEPORT, ET AL      :
```

### ENDORSEMENT ORDER [DOC. #99]

Plaintiff has requested permission to make an opening statement at the trial commencing on Monday, April 11, 2005, see doc. #99.

By Local Rule, this District established a presumption that opening statements should be allowed absent good reason. D. Conn. L. Civ. R. 83.4 ("Unless the presiding Judge directs otherwise, counsel in civil jury trials shall be permitted to make opening statements subject to limitations imposed by the Judge.") (emphasis supplied).

Accordingly, Plaintiff's Motion for Permission to Make a Brief Opening Statement [doc. #99] is GRANTED, with the proviso that the Court will terminate any opening statement at the point at which it becomes impermissible argument. Opening statement shall not exceed ten minutes.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **April 6, 2005**