FILED

2005 APR -7 P 1:35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1010 (JBA) |
| vs. | : | |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | : | |
| Defendants | : | APRIL 6, 2005 |

### MOTION TO MAKE OPENING STATEMENT

The Defendants respectfully request an opportunity to make an opening statement in the instant case at the start of trial. Defendants contend that the position filled by Mr. Young was eliminated because of fiscal concerns. The opportunity to give an opening statement will aid the jury in hearing the evidence by providing them with an overview as to what the Defendants defenses will be and of the expected testimony and evidence to be presented.

For the foregoing reasons, the Defendants request an opportunity to present an opening statement.

BMF05050

1

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

### CERTIFICATION

This is to certify that a copy of the foregoing "Motion to Make Opening Statement" has been mailed, postage prepaid, on this 6th day of April, 2005, to:

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT  06604

Michael T. Ryan, Esq./James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT  06905

Magistrate Judge Joan G. Margolis
United States District Court
141 Church Street
New Haven, Ct  06510

_____
Barbara Brazzel-Massaro

BMF05050

2