

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG | : |
|    Plaintiff | :    CIV. NO. 3:03CV1010 (JBA) |
| VS. | : |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | : |
|    Defendants | :    APRIL 8, 2005 |

### MOTION FOR PERMISSION TO WITHDRAW AGAINST THE DEFENDANT CITY OF BRIDGEPORT

The Plaintiff, Cecil Young, in the above captioned matter, hereby respectfully requests permission to withdraw his claims against the defendant, City of Bridgeport.

THE PLAINTIFF

BY: _____
THOMAS J. WEIHING
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604
Tel. No. 203-333-8500
Juris No. 08235

## CERTIFICATION

This is to certify that copies of the foregoing have been mailed on this the 8th day of April, 2005 to:

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Michael T. Ryan, Esq.
James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

BY: _____
THOMAS J. WEIHING

2