# Table of Contents

|                                                                                      | Page |
|---|---|
| **Executive Summary**                                                                | 4    |
| BHA History                                                                          |      |
| BHA Operations                                                                       |      |
| QHWRA Planning Process                                                               |      |
| 'Moving Forward'                                                                     |      |
|                                                                                      |      |
| **Introduction**                                                                     | 7    |
| Purpose and Intent                                                                   |      |
| Mission                                                                              |      |
| Strategic Goals, Action Objectives and Action Indicators                             |      |
|                                                                                      |      |
| **Housing Needs Assessment**                                                         | 17   |
| Purpose and Intent                                                                   |      |
| City of Bridgeport Socio-Economic Climate                                            |      |
| Statement of Housing Needs – City of Bridgeport                                      |      |
| Statement of Housing Needs – Bridgeport Housing Authority Waiting List               |      |
| Strategies for Addressing Housing Needs                                              |      |
|                                                                                      |      |
| **Financial Resources**                                                              | 42   |
| Purpose and Intent                                                                   |      |
| FY2000 Resources                                                                     |      |
|                                                                                      |      |
| **Eligibility, Selection and Admission**                                             | 43   |
| Purpose and Intent                                                                   |      |
| Public Housing Eligibility, Selection and Admission                                  |      |
| Section 8 Eligibility, Selection and Admission                                       |      |
|                                                                                      |      |
| **Rent Determination**                                                               | 59   |
| Purpose and Intent                                                                   |      |
| Rent Payment Standards – Public Housing                                              |      |
| Rent Payment Standards – Tenant Based Section 8 Assistance                           |      |
|                                                                                      |      |
| **Operations and Management**                                                        | 63   |
| Purpose and Intent                                                                   |      |
| BHA Management Structure                                                             |      |
| HUD Programs Under BHA Management                                                    |      |
| BHA Management and Maintenance Policies                                              |      |
|                                                                                      |      |
| **Grievance Procedures**                                                             | 69   |
| Purpose and Intent                                                                   |      |

# Table of Contents (Cont.)

**Capital Improvements**..........................................................................70
Purpose and Intent
CGP Funding
Hope VI Activities
Mixed Finance Development Activities

**Demolition and/or Disposition**...............................................................71
Purpose and Intent
General Requirements
Demolition and/or Disposition Requests

**Designated Housing**............................................................................73
Purpose and Intent
Designated Housing Allocation Plan
BHA Designation Activities

**Conversion of Public Housing**..............................................................75
Purpose and Intent

**Homeownership**..................................................................................76
Purpose and Intent
BHA 5(h) Program

**Community Service Programs**..............................................................77
Purpose and Intent

**Safety and Crime Prevention**................................................................79
Purpose and Intent
Need for Measures to Ensure the Safety of Public Housing Residents
BHA Plan for Addressing the Problem of Drug-Related Crime
FY 2000 Crime and Drug Prevention Activities
Coordination between BHA and Police

**Ownership of Pets in Public Housing**....................................................83
Purpose and Intent

**Civil Rights Certification**....................................................................84
Purpose and Intent
Authority Certification of Compliance

**Fiscal Year 1999 Audit**..................................................................................85
Purpose and Intent
Fiscal Audit

**Asset Management**......................................................................................86
Purpose and Intent

**Other Information**....................................................................................... 87
Resident Advisory Board
Statement of Consistency with Consolidated Plan



**Appendices, Attachments, Certifications and Supporting Documents**

- Attachment A – BHA One and Five Year Plan Narrative
- Attachment B – Admissions Policy
- Attachment C – FY 2000 Capital Fund Program Annual Statement
- Attachment D – Capital Fund Program Five Year Plan
- Attachment E – Board Approved Operating Budget
- Attachment F – Management Organizational Chart
- Attachment G – Public Housing Drug Elimination Program
- Attachment H – Comments of Resident Advisory Board
- Attachment I – Community Service Plan Outline
- Attachment J – Claritas Senior Life Report
- Attachment K – Grievance Procedure
- Attachment L – Additional Policies
- Attachment M – Consolidated Plan and Fair Housing Certification
- Attachment N – Civil Rights Certification
- Attachment O – Section 8 Administrative Plan
- Attachment P – 5(h) Homeownership Plan
- Attachment Q – Procurement Policy
- Attachment R – Management Ten-Year Strategic Plan
- Attachment S – Pequonnock Apartments Settlement Agreement

# Introduction

**Purpose and Intent**

The <u>Public Housing Five-Year and Annual planning requirement</u> is critical to the success and direction of the Bridgeport Housing Authority. The Five-Year Plan describes the mission of the Authority and the Authority's long-range goals and objectives. The Annual Plan provides details about the Authority's immediate operations, program participants, programs and services, and residents' needs for the upcoming fiscal year.

Both planning mechanisms require the Authority to examine its existing operations, needs and inter-agency relationships, and to devise long-range and short-range strategies to address those needs. Through the following Five-Year and Annual Plans, the Bridgeport Housing Authority outlines its policies to make more efficient use of Federal assistance, more effectively operate its programs, and better serve its residents.

Information regarding any activities outlined in this plan can be obtained by contacting the main administrative office of the BHA at 150 Highland Avenue, Bridgeport, CT, between the hours of 9 AM and 4 PM.

The BHA 'Moving Forward' Plan is available for inspection at the main administrative office of the BHA at the address listed above, and in the BHA Site Offices between the hours of 9 AM and 4 PM.

The 'Moving Forward' Plan supporting documents are available for inspect at the BHA main administrative office at the address and times listed above.

**Mission**

The Bridgeport Housing Authority is committed to providing quality, affordable housing and services in an efficient effective and creative manner. We will serve our residents by providing affordable housing opportunities in a safe environment; revitalizing and maintaining neighborhoods; and forming effective partnerships to maximize social and economic opportunities. This mission shall be accomplished by a fiscally responsible, ethical, and professional organization committed to excellence in public service.

**Strategic Goals and Action Objectives**

In order to accomplish the mission statement, the Authority has developed the following *strategic goals* – broad statements that express what it aims to accomplish over the next five years. Under each goal fall *action objectives* for the Authority that are achievable, clear, concise, consistent and measurable. The *strategic goals* and *action objectives* are not independent; they

are directly related to the City's identified community needs, the City of Bridgeport Consolidated Plan, and the Authority's Mission Statement. Where appropriate, to further explain the need for the action objectives, they will be followed by an action objective indicator statement.

# Safety and Crime Prevention

## Purpose and Intent

The Quality Housing and Work Responsibility Act of 1998 requires all standard, troubled and housing authorities at risk of being designated troubled to develop safety and crime prevention objectives and standards. The objectives and standards must be established in consultation with the local police department and include the following elements:

- Measures to ensure the safety of public housing residents on a project by project basis
- A description of the need for measures to ensure the safety of public housing residents and for crime prevention measures. It shall describe any such activities conducted or to be conducted by the Authority and provide for coordination between the Authority and the appropriate police precincts for carrying out such measures.

## Need for Measures to Ensure the Safety of Public Housing Residents

The following activities within BHA housing communities describe the need for measures to ensure the safety of public housing residents:

- High incidence of violent and/or drug-related crime in some or all of the Authority's developments
- High incidence of violent and/or drug-related crime in the areas surrounding or adjacent to the Authority's developments
- Residents fearful for their safety and/or the safety of their children
- High incidence of non-violent crime, including vandalism and/or graffiti
- People on waiting list unwilling to move into one or more developments due to perceived and/or actual levels of violent and/or drug-related crime.

In order to determine the need for BHA actions to improve the safety of residents, the Authority utilized the *1999 City of Bridgeport Summary of Calls for Service in Reporting Areas*, including BHA developments. The BHA is specifically concerned with illegal crime and drug activity specifically surround the following complexes:

- Marina Village
- P.T. Barnum
- Charles F. Greene Homes
- Trumbull Gardens
- Pequonnock Apartments.

The charts on the following pages highlight specific areas of high criminal activity based on the *1999 City of Bridgeport Summary of Calls for Service.*

Table 8
BHA and City of Bridgeport Crime Ratio Comparison

| Criminal Offense | BHA Crime Ratio | City of Bridgeport Crime Ratio |
|---|---|---|
| Murder | 397.8 to 1 | 4724.1 to 1 |
| Sexual Assault | 716.0 to 1 | 2107.7 to 1 |
| Robbery | 105.3 to 1 | 217.5 to 1 |
| Assault | 5.7 to 1 | 23.7 to 1 |
| Burglary | 17.3 to 1 | 69.7 to 1 |
| Larceny (greater than $50) | 20.2 to 1 | 59.5 to 1 |
| Motor Vehicle Theft | 5.5 to 1 | 20.3 to 1 |
| Weapons | 198.9 to 1 | 1256.9 to 1 |
| Drugs | 8.8 to 1 | 70.6 to 1 |
| Shots Fired | 30.3 to 1 | 186.4 to 1 |

Table 9
BHA Complex Crime Ratio Comparison

| Criminal Offense | Marina Village Crime Rate | Pequonnock Crime Rate | P.T. Barnum Crime Rate | Green Homes Crime Rate | Trumbull Gardens Crime Rate |
|---|---|---|---|---|---|
| Murder | 998.0 to 1 | 509.0 to 1 | 285.3 | 324.5 to 1 | 284.0 to 1 |
| Sexual Assault | 998.0 to 1 | 509.0 to 1 | NONE | 649.0 to 1 | 284.0 to 1 |
| Robbery | 124.8 to 1 | 56.6 to 1 | 428.0 to 1 | 46.4 to 1 | 568.0 to 1 |
| Assault | 13.7 to 1 | 8.3 to 1 | 10.8 to 1 | 2.1 to 1 | 5.4 to 1 |
| Burglary | 28.5 to 1 | 31.8 to 1 | 107.0 to 1 | 5.0 to 1 | 31.6 to 1 |
| Larceny (greater than $50) | 43.4 to 1 | 20.4 to 1 | 57.1 to 1 | 6.8 to 1 | 29.9 to 1 |
| Motor Vehicle Theft | 11.6 to 1 | 7.0 to 1 | 7.3 to 1 | 2.2 to 1 | 7.9 to 1 |
| Weapons | 199.6 to 1 | NONE | 285.3 to 1 | 108.2 to 1 | 142.0 to 1 |
| Drugs | 8.2 to 1 | 169.7 to 1 | 6.2 to 1 | 6.7 to 1 | 12.3 to 1 |
| Shots Fired | 24.3 to 1 | 101.8 to 1 | 95.1 to 1 | 18.0 to 1 | 21.0 to 1 |

**BHA Plan for Addressing the Problem of Drug Related Violent Crime**

The BHA plan to address its drug-related crime problem is simple and direct – enforcement and prevention. After examining several potential courses of action, the BHA became convinced that most initiatives, such as counseling, job training and recreation programs would not be effective until the neighborhood becomes safe for its residents. As long as the drug dealers can ply their trade with seeming impunity, the fear, which has gripped BHA's law-abiding residents, will not be resolved. The BHA Resident Advisory Board listed drug related violent crime as the number

one safety concern within their community. In fact, many of these residents will move to safer neighborhoods when possible.

High crime areas are BHA community parking lots, which are used as outdoor vending sites for trespassers who participate in nefarious or drug related activity. Because of the fear generated by these activities, the BHA experiences a higher than normal turnover rate.

To combat this extreme safety concern, the BHA was awarded over $500,000 in Public Housing Drug Elimination Program (PHDEP) funding last year. These grant funds ($531,960) are used for the following:

- Continuation of the unarmed security patrols in BHA developments
- Reimbursement of local law enforcement officers over and above the baseline services
- Installation surveillance cameras and security lighting in Marina Village and Charles F. Greene Homes
- Assisting residents to obtain a skill, trade or higher education through the Authority's Scholarship Program.

The goals, objectives and anticipated outcomes of this funding are illustrated in the following chart.

**Table 10**
**Goals and Objectives of PHDEP Funding**

| Goal | Objective | Anticipated Outcome |
|---|---|---|
| Reduce signs of outdoor drug trafficking and related crime activities at complexes | Augment baseline police coverage and unarmed guard presence at complexes; install additional security lighting | Reduction of arrests on BHA property by at least 10 percent/year, with a reduction of 50 percent by 2005 |
| Reduce traffic around complexes with drug-related problems | Enforce no-loitering around complexes and install security gates at P.T. Barnum, equipped with guards who record license plates entering the complex | Reduce and/or intimidate those who frequent complexes for illegal purposes |
| Coordinate activities between BHA Chief of Security and the Bridgeport Police Department | Increase and scatter timing of police presence to deter the criminal element | Reduce presence of drug dealers who will not be able to determine the pattern of police presence and remove their market from BHA property |
| Reduce the number of stolen vehicles on BHA property | Increase police presence to deter thieves from bringing stolen cars onto BHA property for fear of quick recovery and apprehension | Reduce the number of stolen vehicles found on BHA property by 5 percent a year |

| Provide the residents with more secured living environment | Hire five residents to observe and report acts of aggression against housing residents such as assaults, robberies, burglaries, etc. | Act as a catalyst in changing residents' attitudes from one of passive behavior to one of pro-active behavior in deterring crime; reduce the vacancy rate by 10 percent/year in complexes that have high drug trafficking |
| --- | --- | --- |
| Reduce outdoor drug trafficking and other drug-related crimes | Install security lighting at Green Homes and Marina Village | Reduce arrests on BHA property by 10 percent/year |

To aid in the prevention of drug-related violent crime, one full-time social worker has been hired to provide individual and group counseling for families referred by the Community Affairs Department. Finally, as an additional prevention incentive, the Authority now provides scholarship and financial aid assistance to residents from the pubic housing community, young or old, who are interested in enrolling in a recognized vocational training program or a four-year or two-year institution of higher learning.

### FY 2000 Crime and Drug Prevention Activities Planned by the BHA

- Contract with outside organizations for the provision of additional BHA complex police patrols. This would be a special unit assigned to a round-the-clock patrol of only BHA housing developments with a potential police sub-station on a BHA site
- Design, conduct and analyze a resident survey of crime and safety measures on BHA property to identify key issues residents believe contribute to crime and security problems and monitor the effectiveness of the PHDEP programming
- Continued operation of Housing Police Unit
- Explore the implementation of a photo ID program for residents
- Create site-specific resident councils.

The developments most effected by these activities would be Marina Village, P.T. Barnum, Trumbull Gardens, and Charles Greene Homes.

### Coordination Between the BHA and the Police

There is ongoing communication between the City of Bridgeport Police Department and the BHA through the BHA's Director of Security. The Director has access to all Bridgeport Police files and data connected to public housing units, tenants and/or programs and utilizes this data for crime analysis to establish prevention and/or action methods. The Director also worked with the police to establish separate reporting codes for each major public housing project to better track crime on BHA property. Finally, there is an agreement between the BHA and the police for provision of above-baseline law enforcement services. The Authority contracts 16 dedicated Bridgeport police officers to monitor three BHA developments 2 shifts per day.

# RYAN, RYAN, JOHNSON & DELUCA, LLP

ATTORNEYS AT LAW

80 FOURTH STREET
P O BOX 3057
STAMFORD, CONNECTICUT 06905
TELEPHONE: (203) 357-9200
FAX: (203) 357-7915
E-MAIL: INFO@RRJD-LAW.COM
INTERNET: HTTP://WWW.RRJD-LAW.COM

J. PAUL JOHNSON
CHARLES A. DELUCA†
DANIEL E. RYAN III*†
MICHAEL T. RYAN†
KEVIN M. TEPAS
ROBERT C E. LANEY
CATHERINE S. NIETZELT
BEVERLY J. HUNT
ROBERT O. HICKEY
CYNTHIA A. DiPRETA*
JOSEPH C. VALDES
JAMES J. NOONAN*
JOHN J. PEZZILLO*
ERIC W F. NIEDERER
R. KELLEY FRANCO*
JEFFREY N. GAULL
JEFFREY C. NAGLE*
SUSAN B. PARZYMIESO*
JAMES A. MAHAR*
LAUREN E. ABBATE
MACIEJ A. PIATKOWSKI
BRIAN M. CANDELA*
ILYSSA H. KELSON

OF COUNSEL
W. PATRICK RYAN*
CHARLES M. McCAGHEY*

*ALSO ADMITTED IN NEW YORK

†CERTIFIED CIVIL TRIAL
ADVOCATE-NATIONAL
BOARD OF TRIAL ADVOCACY

March 30, 2005

Via Fax: 1-203-334-0305

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street
Suite 710
Bridgeport, CT 06604

Re:   Young, Cecil v. City of Bpt. Housing Authority
      Docket No.: 3:03 CV 1010 (JBA)

Dear Tom:

Attached is an additional exhibit I would like to add to the Joint Trial Memorandum. I inadvertently overlooked this exhibit when I initially prepared my list of exhibits.

The exhibit consists of two excerpts from the BHA's One Year and Five Year Plan from July 2000. The first part is being offered to show the official mission of the BHA and includes page 7 and 8 of the Plan. The second part is being offered to show the crime and safety concerns of the BHA and the plan to implement the housing police unit. A copy of the second part was provided in response to the first set of interrogatories and requests for production.

Please advise if you have an objection to my adding this to my exhibit list. I am not asking that you waive any objection to its admissibility, simply that I be permitted to amend the Joint Trial Memorandum to add this exhibit.

I plan on filing a motion with the court to request permission to amend the joint trial memorandum and would appreciate your response as soon as possible.

Should you have any questions or concerns, please do not hesitated to contact me.

**RYAN, RYAN, JOHNSON & DELUCA, LLP**

March 30, 2005
Page 2

Very truly yours,

*James A. Mahar*

James A. Mahar
jamahar@rrjd-law.com

JAM:jam
enc.
I:\Processes\1742 008\weihing033005 wpd
1742.008