United States District [Court]
District of Connecticut
FILED AT

4/11/05

P. Malone

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG : | |
|    Plaintiff : | CIV. NO. 3:03CV1010 (JBA) |
| VS. : | |
| CITY OF BRIDGEPORT HOUSING : | |
|    AUTHORITY, ET AL : | |
|    Defendants : | APRIL 8, 2005 |

### OBJECTION TO MOTION FOR PERMISSION TO AMEND JOINT TRIAL MEMORANDUM TO ADD AN ADDITIONAL TRIAL EXHIBIT

The Plaintiff, Cecil Young, in the above captioned matter, hereby respectfully submits the instant objection to the Defendants, Bridgeport Housing Authority and Colin Vice's Motion for Permission to Amend Joint Trial Memorandum to Add an Additional Trial Exhibit dated April 1, 2005. The Plaintiff objects on the grounds that the proposed additional exhibits are immaterial, irrelevant, hearsay, and self-serving. The Plaintiff does not waive objection based on lack of foundation. (Federal Rule of Evidence 401-407; Federal Rule of Evidence 801-802; Federal Rule of Evidence 901.) In addition, the Plaintiff objects to the proposed additional exhibits pursuant to Paragraph 8(b) of the Joint Trial Memorandum Instructions, which states in pertinent part: "Exhibits not listed,

except those used solely in rebuttal or for impeachment, will not be admissible at trial, except for good cause shown." The Defendants, in their Motion for Permission to Amend Joint Trial Memorandum to Add an Additional Trial Exhibit, have failed to show good cause as to why their proposed additional exhibits should be allowed to be added to the Joint Trial Memorandum.

For the foregoing reasons the Plaintiff hereby respectfully requests this Court to deny the Defendants' Motion for Permission to Amend Joint Trial Memorandum to Add an Additional Trial Exhibit and sustain the instant objection.

THE PLAINTIFF

BY: _____
THOMAS J. WEIHING
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604
Tel. No. 203-333-8500
Juris No. 08235

## CERTIFICATION

This is to certify that copies of the foregoing have been mailed on this the 8th day of April, 2005 to:

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

Michael T. Ryan, Esq.
James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

BY: _____
THOMAS J. WEITHING