# United States District Court

—————————————— DISTRICT OF ——————————————

Young  v. City of Bpt. etal

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03W1010JBA

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| PRESIDING JUDGE: Arterton | | | | | PLAINTIFF'S ATTORNEY: Weekes |
| TRIAL DATE(S): 4/11/5 | | | | | COURT REPORTER: Montem |
| | | | | | DEFENDANT'S ATTORNEY: Ryan – Mahar |
| | | | | | COURTROOM DEPUTY: Torday |
| | | 4/11/5 | | | Cecil Young                    Bpt. Ct |
| | | 4/12/5 | | | Cont C. Young |
| | | '' | | | Collin Dixie                   Bpt. Ct |
| | | '' | | | Earl Millor          '' '' |
| | | 4/13/5 | | | Cont   ''  ''          '' '' |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | United States District Court |
| | | | | | District of Connecticut |
| | | | | | FILED AT |
| | | | | | Kevin F. Rowe, Clerk |
| | | | | | By |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     Pages