# United States District Court

DISTRICT OF __Petf__

__Young v. City of Bpt et al__

EXHIBIT AND WITNESS LIST

CASE NUMBER: 03 CV 1010 JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Weeks | Ryan / Maher |
| TRIAL DATE(S) 4/11/5 | COURT REPORTER Montini | COURTROOM DEPUTY Today |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 67 | | ✓ | Memo BHA re: Revised duties of C Young date - 1/3/00 |
| ✓ | | 62 | | ✓ | Transcript of 7/10/00 BHA Commission meeting |
| ✓ | | 109 | | ✓ | Tape re 8/23/00 |
| ✓ | | 105 | | ✓ | Memo 7/11/00 Suspension w/o Pay |
| ✓ | | 45 | | ✓ | let 8/8/00 to Cong. Shays from C. Vice |
| ✓ | | 52 | | ✓ | let 8/25/00 to M. LaVelle atty re labor issue |
| ✓ | | 66 | | ✓ | let 8/17/01 to C Young fm C. Vice |
| ✓ | | 65 | | ✓ | Job description Public Safety officer |
| ✓ | | 97 | | ✓ | List of employees hired 2001 |
| ✓ | | 89 | | ✓ | Award 2/12/98 to C. Young |
| ✓ | | 90 | | ✓ | Certificate 5/15/98 " " |
| ✓ | | 48 | | ✓ | Notice Public Invitation 7/6/00 |
| ✓ | | 47 | | ✓ | " " " 8/2/00 |
| ✓ | | 50 | | ✓ | Thank You letter 7/11/00 fm town |
| ✓ | | 108 | ✓ | | Video of PT Barnum |
| 4/12/5 | | 109 | | ✓ | Housing Authority state statute §8-40 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    Pages

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/12/5 | | | |
| ✓ | | 110 | | ✓ | C. Young Pay statement |
| | | (4/13/5) | | | |
| | | 94 | | ✓ | Memo (12/4/98) from E Mellow to C Young, Pay Increase |
| | | | | | |
| | | | | | |
| | | | | O | |

Young vs. City of Bpt
CASE NO. 303cv1010 JBA

Page _____ of _____ Pages