# United States District Court

DISTRICT OF _____

Young v. City of Bpt et al

Dft

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3cv1cvJBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Weber | Ryan / Maher |
| TRIAL DATE(S) 4/11/05 | COURT REPORTER Montini | COURTROOM DEPUTY Tolley |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 623 |  | ✓ | Memo from E. Mellow to C. Young dated 8/9/00 (second tour) |
|  | ✓ | 646 | ✓ | ✓ | Memo Pay increase for C. Young 11/9/00 |
|  | ✓ | 647 | ✓ |  | 12/6/01 filed with CHRO By C. Young |
|  | ✓ | 648 |  | ✓ | Written emp Notice (FHer) (redact) |
|  | △ | 1215 |  |  |  |
|  |  | 641 | ✓ |  | Aff. of C. Young dated 2/11/03 Illegal Discriminatory Practice 1 thru 4, 13-15 |
| 4 | 1215 | 645 | ✓ | ✓ | BHA one year + five yr. Plan 7/00 |
|  |  | 604 |  | ✓ | Let from C. Vece to Police Chief Torres 3/9/00 re Creation of Public Housing Police Unit |
|  |  | 606 |  | ✓ | Memo from C. Vece to O. Harbor for Cost Anal. on Housing Police Unit |
|  |  | 607 |  | ✓ | Memo from O. Harbor to C. Vece 5/2/00 |
|  |  | 608 |  | ✓ | Memo from E. Winterbottom to M. Anastasi 6/22/00 re Housing Police |
|  |  | 609 |  | ✓ | E-Mail Memo (7/27/00) draft agreement re Police Unit. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

Young vs. City of Bpt    CASE NO. 3:03cv1010JBA

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/12/5 | | | |
| | | 610 | | ✓ | E-Mail Draft Memo (8/25/00) Re Police Unit |
| | | 611 | | ✓ | E-Mail Draft Memo (9/12/00) email agreemt re Police Unit |
| | | 649 | | ✓ | Agreemt for Housing Police Unit |
| | | 612 | | ✓ | lett 9/14/00 C. Vieir to P. Smolkenson (HUD) Re Police Unit |
| | | 618 | o | ✓ | Memo E. Mellou to C. Vieir 7/10/00 Regarding C. Young Proposed tour |
| | | 616 | | ✓ | Notes fm C. Young 7/6/00 first tour |
| | | 650 | | ✓ | Tape of BHA meeting (Redact) |
| | | 602 | | ✓ | Personnel Policy BHA (4/10/00) |
| | | 628 | | ✓ | lett C. Vieir to C. Young (9/7/01) advising termination |
| | | 651 | | ✓ | Payroll Statement of earnings for C. Young at BHA |
| | | 601B | | ✓ | Memo fm C. Vieir to E. Mellou 2/11/93 Re P.S.O / Job description |
| | | (4/13/5) | | | |
| | | 617 | | | Memo fm E. Mellou to Sgt Jacques Re tour 7/6/00 Notes |
| | | 620 | | ✓ | Notice of Personnel Action 7/12/00 |

Page ____ of ____ Pages

Young vs. City of Bpt    CASE NO: 3cv1010 JBA

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | (4/13/5) | | | |
| | | 625 | | ✓ | Memo fr E. Mellon to C Young 8/24/00 Second tour |
| | | 613 | | ✓ | Performance Appraisal 10/1/99 C. Young |
| | | | o | | |
| | | | | | 6/13/05 |