UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CECIL YOUNG | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v, | : | CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| | : | |
| CITY OF BRIDGEPORT HOUSING | : | |
| AUTHORITY, AND COLLIN VICE, | : | |
| IN HER OFFICIAL CAPACITY AS | : | |
| EXECUTIVE DIRECTOR OF THE | : | APRIL 12, 2005 |
| BRIDGEPORT HOUSING AUTHORITY | : | |
| AND IN HER PERSONAL CAPACITY; | : | |
| AND THE CITY OF BRIDGEPORT | : | |
| | : | |
| Defendants. | : | |

### MOTION FOR JUDGMENT PURSUANT TO RULE 50(a)

The undersigned Defendants, City of Bridgeport Housing Authority ("BHA") and Collin Vice respectfully move this Court, pursuant to FRCP Rule 50 (a), to enter judgment as a matter of law in their favor. For the reasons set forth in the attached memorandum of law, the Defendants are entitled to a judgment as a matter of law.

THE DEFENDANTS,
CITY OF BRIDGEPORT HOUSING
AUTHORITY AND COLLIN VICE

By: *(signature)*

James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2005, a copy of the above was mailed/handelivered to the following counsel and pro se parties of record:

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street
Suite 710
Bridgeport, CT 06604
Attorney for Plaintiff, Cecil Young

_____
James A. Mahar, Esq.

I:\Procases\1742.008\motionforjudgment.wpd

1742.008