UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG | : |
| | : |
| Plaintiff, | : |
| | : |
| v, | : CIVIL ACTION NO. 3:03 CV 1010 (JBA) |
| | : |
| CITY OF BRIDGEPORT HOUSING | : |
| AUTHORITY, AND COLLIN VICE, | : |
| IN HER OFFICIAL CAPACITY AS | : |
| EXECUTIVE DIRECTOR OF THE | : APRIL 11, 2005 |
| BRIDGEPORT HOUSING AUTHORITY | : |
| AND IN HER PERSONAL CAPACITY; | : |
| AND THE CITY OF BRIDGEPORT | : |
| | : |
| Defendants. | : |

**MOTION FOR PERMISSION TO FILE A BRIEF IN EXCESS OF FORTY PAGES**

The undersigned Defendants, City of Bridgeport Housing Authority and Collin Vice, pursuant to D. Conn. L. Civ. R. 9(a)(2) for permission to file a legal brief in excess of forty pages. The brief concerns numerous legal issues that could not all be addressed properly in a shorter brief.

THE DEFENDANTS,
CITY OF BRIDGEPORT HOUSING
AUTHORITY AND COLLIN VICE

By: /s/ James A. Mahar
James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2005, a copy of the above was mailed/hand delivered to the following counsel and pro se parties of record:

Thomas J. Weihing, Esq.
Daly, Weihing & Bochanis
1115 Main Street
Suite 710
Bridgeport, CT 06604
Attorney for Plaintiff, Cecil Young

_____
James A. Mahar, Esq.

I:\Procases\1742.008\motionlong memo.wpd
1742.008