AO 187 (Rev. 7/87) Exhibit and Witness List    ⊕

# United States District Court

## ——— DISTRICT OF ——— *Court*

*Young* v *City of Bpt, etal*

### EXHIBIT AND WITNESS LIST

CASE NUMBER: 3c1010 JBA

| PRESIDING JUDGE *Arterton* | PLAINTIFF'S ATTORNEY *Weiberg* | DEFENDANT'S ATTORNEY *Maha - Ryan* |
|---|---|---|
| TRIAL DATE(S) 4/11/05 | COURT REPORTER *Montini* | COURTROOM DEPUTY *Tardy* |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | A | | | Note Re Tour |
| | | | | | |
| | | | | | |
| | | | | | United States District Court |
| | | | | | District of Connecticut |
| | | | | | FILED AT     NEW HAVEN |
| | | | | | 4/14/     2005 |
| | | | | | Kevin F. Rowe, Clerk |
| | | | | | By Deputy Clerk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     Pages

April 14-2005

## Is the Tour considered Part of his free Speech?

Or are we just looking at his speech as the substantial or motivating factor?

Jun 7

COURT'S
EXHIBIT 4/14/05
A
3a1010