UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG,  :  | |
| Plaintiffs  :  | CIV. NO. 3:03CV1010 (JBA) |
| :  | |
| VS.  :  | |
| :  | |
| CITY OF BRIDGEPORT HOUSING  :  | |
| AUTHORITY, ET AL  :  | |
| :  | |
| Defendants  :  | MAY 19, 2005 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, Cecil Young, in the above caption matter, hereby respectfully requests an extension of time of thirty (30) days within which to file documents reflecting that the instant case may be dismissed pursuant to a settlement between the parties. The Plaintiff requests this extension of time so that the parties may finalize negotiations of the settlement agreement in the above referenced matter. The Defendant has prepared the draft settlement agreement and the Plaintiff has reviewed it and returned his proposed changes on today's date and awaits the Defendants' response. The court will recall the Plaintiff has difficulty reading and the Defendant's proposed agreement was extremely complex and required a great deal of explanation and discussion.

For the foregoing reasons the Plaintiff requests that this Motion for Extension of Time be granted.

1

THE PLAINTIFF

BY _____
THOMAS J. WEIHING ct 08235
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604
(203) 333-8500

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid and/or sent by facsimile on this 19th day of May, 2005 to:

James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

_____
THOMAS J. WEIHING
Commissioner of the Superior Court