UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **YOUNG** : | |
| : | |
| **v.** : | NO. 3:03cv1010 (JBA) |
| : | |
| **CITY OF BRIDGEPORT, ET AL** : | |

**ENDORSEMENT ORDER [DOCS. #121, #63, #81, #102, #115, #116]**

Motion for Extension of Time [doc. #121] is GRANTED, to and including 6/14/05.

In light of the parties' reported settlement of this matter, Motion for Leave [#63], Motion for Judgment [#81], Motion to Make an Opening Statement [#102], Motion for Judgment [#115], and Motion for Leave [#116] are DENIED as moot, without prejudice to renew.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:   May 25, 2005**