FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JUN -7 P 1: 45

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| **CECIL YOUNG** | : | |
| Plaintiff, | : | CIV. NO. 3:03CV1010 (JBA) |
| vs. | : | |
| **CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL** | : | |
| Defendants | : | June 7, 2005 |

### PLAINTIFF'S MOTION TO RELEASE AND RETURN $500.00 BOND DEPOSIT FOR SECURITY FOR COSTS

The Plaintiff in the above captioned matter respectfully requests that the Court release and return to him the $500.00 which was deposited on July 7, 2003 with the court as security for costs. The Plaintiff is requesting that the $500.00 deposit be returned to him since the above referenced action was settled before it reached the jury.

For the foregoing reasons the Plaintiff respectfully requests that the $500.00 deposited as a security for costs be returned to the Plaintiff Cecil Young.

THE PLAINTIFF

BY: _____
THOMAS J. WEIHING
DALY, WEIHING & BOCHANIS
1115 Main Street, Suite 710
Bridgeport, CT 06604
Tel. No. 203-333-8500
Juris No. 08235

## CERTIFICATION

This is to certify that copies of the foregoing have been mailed on this the 7th day of June, 2005 to:

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

BY: _____
THOMAS J. WEIHING