FILED

Jun 16  5 02 PM '05

U.S. DISTRICT COURT
NEW HAVEN CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CECIL YOUNG,** | : |
| **Plaintiffs** | : CIV. NO. 3:03CV1010 (JBA) |
| **VS.** | : |
| **CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL** | : |
| **Defendants** | : JUNE 16, 2005 |

### MOTION FOR EXTENSION OF TIME

The Plaintiff, Cecil Young, in the above caption matter, hereby respectfully requests an extension of time to June 23, 2005 within which to file documents reflecting that the instant case may be dismissed pursuant to a settlement between the parties. The Plaintiff requests this extension of time so that the parties may finalize negotiations of the settlement agreement in the above referenced matter. Both parties have exchanged agreements and have had lengthy discussions concerning the language of the settlement agreement. However, there is an issue with the Defendants' request for a novation and a shifting of the responsibility to complete the settlement payment responsibilities from the Defendants to a third-party insurance carrier, which the Plaintiff never agreed to.

1

On today's date the Plaintiff has forwarded to the Defendants a document completely releasing the Defendants from any and all liability to the Plaintiff with the exception of Workers' Compensation Claims and their responsibility to complete the payments in accordance with the terms of the agreement.

If this is not acceptable to the Defendants we will respectfully request a Status Conference with this Court. We have reviewed the transcript and believe the Plaintiff has complied with its representations concerning settlement. The Plaintiff has also provided the Defendants with a signed form dismissing this matter with prejudice, as was also agreed.

For the foregoing reasons the Plaintiff requests this Motion for Extension of Time be granted.

THE PLAINTIFF

BY_____
THOMAS J. WEIHING ct 08235
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604
(203) 333-8500