UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YOUNG | : |
| | : |
| v. | :   NO. 3:03cv1010 (JBA) |
| | : |
| CITY OF BRIDGEPORT, ET AL | : |

### ENDORSEMENT ORDER [DOC. #126]

Motion for Extension of Time [doc. #126] is GRANTED, to and including 6/23/05.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **June 20, 2005**