FILED

Jun 24  12 27 AM '05

U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG, | : |
| Plaintiffs | : CIV. NO. 3:03CV1010 (JBA) |
| VS. | : |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, ET AL | : |
| Defendants | : JUNE 23, 2005 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, Cecil Young, in the above caption matter, hereby respectfully requests an extension of time to file documents reflecting the instant case may be dismissed pursuant to a settlement between the parties. This request is being made in accordance with correspondence of this date to the Court requesting a Status Conference. Both parties have exchanged agreements and have had lengthy discussions concerning the language of the settlement agreement. However, there is still an issue with the Defendants' request for a novation and a shifting of the responsibility to complete the settlement payment responsibilities from the Defendants to a third-party insurance carrier, which the Plaintiff never agreed to.

On June 16, 2005 the Plaintiff had forwarded to the Defendants a document completely releasing the Defendants from any and all liability to the Plaintiff with the

1

exception of Workers' Compensation Claims and their responsibility to complete the payments in accordance with the terms of the agreement.

We have spoken to Defense Counsel three (3) times since the documents were forwarded, and we understand the insurance carriers are still reviewing and editing or amending this information. Therefore, we respectfully request a Status Conference with the Court. As previously stated we have reviewed the transcript and believe the Plaintiff has complied with its representations concerning settlement. The Plaintiff has also provided the Defendants with a signed form dismissing this matter with prejudice, as was also agreed.

For the foregoing reasons the Plaintiff requests this Motion for Extension of Time be granted.

THE PLAINTIFF

BY
THOMAS J. WEIHING ct 08235
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604
(203) 333-8500

2

## CERTIFICATION

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid and/or sent by facsimile on this **23rd** day of **June, 2005** to:

James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

---
THOMAS J. WEIHING
Commissioner of the Superior Court