**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **YOUNG** | : |
| | : |
| **v.** | :   NO. 3:03cv1010 (JBA) |
| | : |
| **CITY OF BRIDGEPORT, ET AL** | : |

### ENDORSEMENT ORDER [DOC. #128]

Motion for Extension of Time [doc. #128] is GRANTED, to and including 7/22/05.

IT IS SO ORDERED.

---
Joan Glazer Margolis, U.S.M.J.
On Behalf Of:
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **July 05, 2005**