*Lec*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF CLERK
UNITED STATES COURTHOUSE
NEW HAVEN, CT  06510
203-773-2140

United States District Court
District of Connecticut
FILED AT     NEW HAVEN
         4/29/      2005
Kevin F. Rowe, Clerk

By
Deputy Clerk

June 3, 2005

DEAR COUNSELOR:

Case Number:   Young v Bridgeport, et al
               3:03cv1010JBA

Inasmuch as the above-entitled case has been disposed of in this court, please make arrangements to pick up your exhibits within the next 30 days or they will be destroyed.

Please call Betty Torday at 203-773-2706 to arrange a pick up day and time.

Thank you for your cooperation in this matter.

Very truly yours,
Kevin F. Rowe, Clerk

Betty J. Torday
Deputy Clerk

6/27/05