UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **YOUNG** | : |
| | : |
| **v.** | :   NO. 3:03cv1010 (JBA) |
| | : |
| **CITY OF BRIDGEPORT, ET AL** | : |

### ENDORSEMENT ORDER [DOC. #123]

Motion for Release of Funds [doc. #123] is GRANTED, in the total amount of $500, in light of the settlement of this matter.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **July 14, 2005**