FILED

2005 AUG -1  P 3: 32

U.S. ...URT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CECIL YOUNG, | : |
| Plaintiffs | : CIV. NO. 3:03CV1010 (JBA) |
| VS. | : |
| CITY OF BRIDGEPORT HOUSING AUTHORITY, and COLLIN VICE | : |
| Defendants | : JUNE 16, 2005 |

### STIPULATION OF DISMISSAL

The parties in the above captioned matter, through their undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of the above captioned case, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Said dismissal is without any award of attorney's fees or costs to either party.

THE PLAINTIFF

BY _____
THOMAS J. WEIHING ct 08235
Daly, Weihing & Bochanis
1115 Main Street, Suite 710
Bridgeport, CT 06604
(203) 333-8500

THE DEFENDANTS

BY _____
JAMES MAHAR ct 21854
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905
(203) 357-9200

1

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing was mailed, postage prepaid and/or sent by facsimile on this 16th day of June, 2005 to:

James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905

Barbara Brazzel-Massaro, Esq.
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

_____
THOMAS J. WEIHING
Commissioner of the Superior Court